Qusair Mohamedbhai
Iris Halpern*
Azra Taslimi*
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
qm@rmlawyers.com
ih@rmlawyers.com
at@rmlawyers.com
*Attorneys for Plaintiff*

* Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| Plaintiff, | )<br>)<br>) |
| TERRI LESLEY, an individual, | )<br>) |
| v. | ) Civ. No. 23-cv-00177-ABJ |
| Defendant, | )<br>)<br>) |
| HUGH BENNETT,<br>SUSAN BENNETT, AND<br>KEVIN BENNETT,<br>in their individual capacity. | )<br>)<br>) |

**NOTICE OF BENCH TRIAL**

Due to a clerical error when filing, Plaintiff Terri Lesley clarifies the record that she seeks a bench trial on all claims and damages in this action.

1

Date: October 3, 2023.

*/s/ Qusair Mohamedbhai*
Qusair Mohamedbhai
Iris Halpern*
Azra Taslimi*
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
qm@rmlawyers.com
ih@rmlawyers.com
at@rmlawyers.com
*Attorneys for Plaintiff*

*\* Admitted Pro Hac Vice*