Qusair Mohamedbhai
Iris Halpern*
Azra Taslimi*
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
qm@rmlawyers.com
ih@rmlawyers.com
at@rmlawyers.com
*Attorneys for Plaintiff*

*\* Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

|  |  |
|---|---|
| Plaintiff, | ) |
|  | ) |
| TERRI LESLEY, an individual, | ) |
|  | ) |
| v. | ) Civ. No. 23-cv-00177-ABJ |
|  | ) |
| Defendant, | ) |
|  | ) |
| HUGH BENNETT, SUSAN BENNETT, AND KEVIN BENNETT, in their individual capacity. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

      I, Iris Halpern, certify that I am a member in good standing of the bar of this court, and I appear in this case as a counsel for Plaintiff Terri Lesley.

1

Date: October 12, 2023.

/s/ Iris Halpern
Iris Halpern*
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
ih@rmlawyers.com

*Attorneys for Plaintiff*

*\* Admitted Pro Hac Vice*