UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

|                                         |   |                        |
|-----------------------------------------|---|------------------------|
| TERRI LESLEY,                           | ) |                        |
|                                         | ) |                        |
| Plaintiff,                              | ) |                        |
|                                         | ) |                        |
| v.                                      | ) | Civ. No. 23-cv-00177-ABJ |
|                                         | ) |                        |
|                                         | ) |                        |
| HUGH BENNETT,                           | ) |                        |
| SUSAN BENNETT, AND                      | ) |                        |
| KEVIN BENNETT,                          | ) |                        |
|                                         | ) |                        |
| Defendants.                             | ) |                        |

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDENDANTS' MOTION TO DISMISS

---

**THIS MATTER** having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss pursuant to Local Rule 6.1 (b) of the United States District Court for the District of Wyoming, and the Court having reviewed the file herein and being otherwise fully advised in the premises, and for good cause shown;

**IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss be and hereby is **GRANTED**, with the Court hereby extending and consolidating the deadline for Plaintiff to file her Response on or before February 9, 2024.

**DATED:** January 24, 2024

KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE