# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**10:15 am, 5/13/25**

**Margaret Botkins**
**Clerk of Court**

Terri Lesley

                Plaintiff,

vs.

Hugh Bennett, et. al.

                Defendant.

Case Number: 2:23-CV-00177-ABJ

## CIVIL MINUTE SHEET INITIAL PRETRIAL CONFERENCE

☑ Initial Pretrial Conference (Civil)

Date: 05/13/2025     Time: 9:41 - 10:13 AM

| Alan B. Johnson | Tina Ortiz | Melanie Sonntag | Elizabeth Zotti |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Iris Halpern, Stephanie Wise

Attorney(s) for Defendant(s)     Jeremy Bailie, D. Stephen Melchior

Other:

This hearing was held via Zoom.

| | |
|---|---|
| Plaintiff Expert Witness Designation Deadline: | 8/29/2025 |
| Defendant Expert Witness Designation Deadline: | 9/26/2025 |
| Discovery Due: | 10/24/2025 |
| Other Fact Witness Deadline: | |
| Stipulation Deadline: | |
| Dispositive Motions Deadline | 11/21/2025 |
| Dispositive Motions Hearing | |
| ☐ Including Daubert Challenges | |
| Dispositive Motions Response Deadline | 12/5/2025 |

| | |
|---|---|
| Reply Deadline | 12/12/2025 |
| Final Pretrial Conference Set: | 2/27/2026 at 1:30 PM |
| Jury Trial Set: | 3/23/2026 at 1:30 PM |
| Status Conference Set: | |

Other:

Joint Final Pretrial Memo: 1/16/2026
Motion In Limine: 1/16/2026
Response: 1/30/2026
Reply: 2/6/2026
Order to enter.