Iris Halpern*
Azra Taslimi*
Stephanie Wise*
Qusair Mohamedbhai
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
ih@rmlawyers.com
at@rmlawyers.com
sw@rmlawyers.com
qm@rmlawyers.com
*Attorneys for Plaintiff*

*\* Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

|  |  |
|---|---|
| Plaintiff, | ) |
|  | ) |
| TERRI LESLEY, an individual, | ) |
|  | ) |
| v. | ) Case No. 2:23-cv-00177-ABJ |
|  | ) |
| Defendant, | ) |
|  | ) |
| HUGH BENNETT, | ) |
| SUSAN BENNETT, AND | ) |
| KEVIN BENNETT, | ) |
| in their individual capacity. | ) |

## PLAINTIFF'S EXPERT DISCLOSURES

Plaintiff Terri Lesley, by and through Rathod | Mohamedbhai LLC, hereby submits the following expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2).

### FED. R. CIV. P. 26(a)(2)(B) DISCLOSURES

1. **Thomas M. Roney, President**
   **Kristine Slocum, MBA, Forensic Economist**
   Thomas Roney LLC
   P.O. Box 2152, Coppell, TX 75019
   Telephone: (214) 665-9458
   Email: troney@thomasroneyllc.com, kslocum@thomasroneyllc.com

Thomas M. Roney, or in his absence Kristine Slocum, is retained as an economic expert in this case. A copy of the written report prepared and signed by Thomas M. Roney and Kristine Slocum, as well as the remaining information required by Rule 26(a)(2)(B), are attached. Thomas M. Roney and Kristine Slocum are being compensated for their time at an hourly rate of $500.00.

Page | 3

Ms. Lesley reserves the right to allow Thomas M. Roney and Kristine Slocum to supplement their report and opinions prior to trial.

2. **Therese Kerr**
   TK Investigations LLC
   Telephone: 630-453-9337
   Email: tk.investigates@gmail.com

Therese Kerr is a retained expert in this case. A copy of the written report prepared and signed by Therese Kerr, as well as the remaining information required by Rule 26(a)(2)(B), are attached. Therese Kerr is being compensated for her time at an hourly rate of $95.00. Ms. Lesley reserves the right to allow Therese Kerr to supplement her report and opinions prior to trial.

### FED. R. CIV. P. 26(a)(2)(C) DISCLOSURES

1. **DR. DAVID A. BECK, MD, FACOG**
   1402 W. 4th St.
   Gillette, WY 82716
   Telephone: 307-682-2233
   Unknown Email Address

Dr. Beck, who Ms. Lesley previously disclosed in her Initial Disclosures, may be called to testify as a fact-witness and as a non-retained medical expert in this case. Dr. Beck attended to Ms. Lesley's medical needs during times relevant to this case. Dr. Beck is anticipated to possess information about Ms. Lesley's medical conditions, compensatory damages she has suffered because of Defendants' actions, and other information relevant to the claims, defenses, and damages in this case. Dr. Beck is anticipated to testify to the nature of Ms. Lesley's medical conditions and their cause, management, and treatment and other matters of both fact-witness and expert opinion.

2. **BRIAN J. EDWARDS, LMFT**
   Wyoming Center for Clinical Excellence
   2001 W Lakeway Rd., Suite D
   Gillette, WY 82718
   Telephone: 307-257-2610
   Email: brian@wytherapy.com

Mr. Edwards, who Ms. Lesley previously disclosed in her Initial Disclosures, may be called to testify as a fact-witness and as a non-retained medical expert in this case. Ms. Lesley retained Mr. Edwards to provide support to the Campbell County Public Library System ("CCPLS") staff after she became alarmed by the emotional distress she saw the employees were experiencing. On multiple occasions Ms. Lesley's staff greeted her with hugs and tears which relayed to her the depth of their distress. Concerned for their wellbeing, Ms. Lesley engaged Mr. Edwards to meet with library staff to discuss coping skills and strategies. Mr. Edwards is expected to have information regarding his engagement by Ms. Lesley, the discussions he facilitated with CCPLS staff, and the circumstances that prompted his involvement. He may also offer testimony concerning the emotional climate of the workplace, the nature of Ms. Lesley's compensatory damages, and other matters of both fact-witness and expert opinion.

3. **Ginny Oedekoven, MS, LPC, MH-LPC**
   EMDRIA Certified EMDR Therapist, Owner
   Clear Creek Counseling
   801 E 4th St., Ste. 14A
   Gillette, WY 82716
   Telephone: 307-686-9422
   Email: clearcreekginny@gmail.com

Ms. Oedekoven may be called to testify as a fact-witness and as a non-retained medical expert in this case. Ms. Oedekoven began treating Ms. Lesley in June 2025 for health issues related to Defendants' conduct. Ms. Oedekoven is anticipated to possess information about Ms. Lesley's medical conditions, compensatory damages she has suffered because of Defendants' actions, and

Page | 5

other information relevant to the claims, defenses, and damages in this case. Ms. Oedekoven is anticipated to testify to the nature of Ms. Lesley's medical conditions and their cause, management, and treatment and other matters of both fact-witness and expert opinion.

DATED: September 12, 2025.

                                                                                                                 RATHOD | MOHAMEDBHAI LLC

                                                                                                                 Respectfully submitted,

                                                                                                                 */s/ Stephanie Wise*
Stephanie Wise*
Iris Halpern*
Azra Taslimi*
Qusair Mohamedbhai
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
sw@rmlawyers.com
ih@rmlawyers.com
at@rmlawyers.com
qm@rmlawyers.com
*Attorneys for Plaintiff*
*\* Admitted Pro Hac Vice*