

## Expert Report of Therese Kerr

TK INVESTIGATIONS LLC

Lesley V. Hugh Bennett Et Al., Civil Action No. 23-Cv-177-Abj

Updated: November 26, 2025

therese@tk-investigations.com

630-453-9337

## I)    INTRODUCTION

This report was prepared at the request of Rathod Mohamedbhai LLC in Lesley v. Hugh Bennett et al., Civil Action No. 23-CV-177-ABJ, pending in the United States District Court for the District of Wyoming. It sets forth my expert opinions, along with the bases and reasons for those opinions. I offer these opinions to a reasonable degree of professional certainty. To the extent additional facts or materials are later provided, I reserve the right to supplement or amend my opinions.

I was retained by Iris Halpern of Rathod Mohamedbhai LLC to conduct an expert evaluation, analysis, and opinion regarding the current wealth and financial position of Defendants Hugh Gilford Bennett, Susan Patricia Bennett, and Kevin Christopher Bennett (the "Defendants").

Time for my work on this report is billed at $95 per hour. Payment for my services are not contingent upon my findings or the results of this matter. I reserve the right to modify or supplement my opinions, as well as the basis for my opinions, based on the nature and content of the documentation, data, proof and other evidence or testimony that either party or its experts may present, or based on additional discovery or other information provided to me in this matter. I reserve the right to supplement and revise this report upon presentation of, but not limited to, additional, relevant depositions, expert witness reports, exhibits and information.

I have prepared this report summarizing my opinions at the present time. A list of the documents that I have reviewed in forming my opinions is attached to this report in **Addendum B.**

Prepared and submitted by:

Therese Kerr

TK Investigations LLC

## II)  QUALIFICATIONS

I am Therese Kerr, a private investigator and the founder of TK Investigations LLC, based in Denver, Colorado. Since 2020, I have specialized in investigations supporting housing, labor, and civil rights litigation in both state and federal courts. My areas of expertise include open-source intelligence (OSINT), public records research, asset tracing, financial profiling, real property ownership analysis, and business entity mapping. I am approved as a Criminal Justice Act (CJA) Expert Services Provider and have provided both testimony and litigation support in complex civil and criminal matters.

In addition to private investigative practice, I have served as lead investigator in multiple certified class actions and systemic housing investigations that informed legislative reforms and regulatory enforcement. My investigative work has been cited in dispositive and class-certification briefing, admitted into evidence at trial, and covered by major media outlets. I previously worked as a paralegal in estate planning and corporate law, where I developed skills in entity formation, franchise registration, and complex records review.

I earned a Bachelor of Arts in Political Science from Michigan State University in 2014. I was formerly licensed as a Level 2 Private Investigator in Colorado (PI2.0000713, issued February 2020; active until the licensure program was sunset) and remain a commissioned Colorado Notary Public (active, expiring March 8, 2026). A full Curriculum Vitae is attached as **Addendum A**.

## III) OVERVIEW AND METHODOLOGY

I was retained by counsel for Plaintiff to evaluate the financial capacity and wealth of Defendants Hugh Bennett, Susan Bennett, and Kevin Bennett, as well as business entities associated with them, including Bennett Aviation LLC, Bennett Advertising, Inc., and High Road Healing Room Ministries. The purpose of this analysis is to identify and assess assets, income streams, and financial activities relevant to damages analysis, defenses, ability to satisfy a monetary judgment, and collectability in the lawsuit.

My assignment involved conducting an independent, forensic-style asset and income investigation designed to assess the Defendants' current financial condition. This included identifying assets, sources of income, liabilities, and expenditures, and providing an opinion on their ability to satisfy a potential judgment.

This report compiles and analyzes real estate transactions, business entity filings, aircraft registrations, nonprofit records, and other public-record evidence of assets and financial activity. It also considers market-based valuation sources (e.g., property assessor data, aircraft sales comparisons, and published advertising rates).

Specific Tasks Included:

A.  Identifying publicly available evidence of real property, aircraft, business entities, and other assets owned or controlled by the Defendants.
B.  Identifying publicly available evidence of income or revenue streams.
C.  Estimating the current value of certain assets (including aircraft and real property).
D.  Forming expert opinions as to whether the Defendants maintain significant assets and income capacity relevant to punitive damages and other matters pertaining to Defendants' ability to satisfy a monetary judgment; other damages and defenses in the lawsuit; Defendants' use of their personal financial resources to further their campaign of harassment against Ms. Lesley using electronic billboards, publishing advertisements and articles in *Anybody's Autos*, and sponsoring a booth at the county fair; and assets and income capacity that is inconsistent with representations that Defendants are destitute, insolvent, or "judgment proof," and that enforcement of any monetary judgment against Defendants will be impossible.

1) **<u>Research Methodology</u>**

My methodology combined Open-Source Intelligence (OSINT) methods, structured database research, and direct review of public records. OSINT methodology is a recognized discipline used by federal law enforcement and intelligence agencies, including the FBI and Department of Homeland Security, as well as by private-sector investigators. OSINT refers to the systematic collection and analysis of information from publicly available sources, including property records, court dockets, Secretary of State filings, FAA registries, nonprofit filings, social media, and commercial investigative databases. These sources are widely accepted in both law enforcement and litigation contexts as reliable tools for identifying assets and financial activity.[1]

I followed a standard investigative framework:

A. **Initial Review.** I began with review of the Complaint and affidavits of service to identify all known addresses and identifiers for the Defendants.

B. **Database Research.** I conducted searches using Tracers, a commercial investigative platform widely used in the legal and law enforcement fields.

C. **Public Records Research.** I cross-checked addresses and names in county-level assessor, recorder, treasurer, and property-tax databases across multiple jurisdictions, including Maricopa County, AZ; Larimer County, CO; Campbell County, WY; and Lawrence County, SD. I searched ProPublica regarding PPP loan data, and the IRS regarding nonprofit disclosures.

D. **Corporate Filings.** I reviewed Secretary of State business entity records in Wyoming to identify incorporation data, corporate status, and registered agents.

E. **Court Dockets.** I reviewed PACER dockets to identify filings that might reflect financial obligations or disclosures.

F. **Aircraft Registry.** I conducted searches by both individual and business name in the Federal Aviation Administration (FAA) Aircraft Registry, confirming valid registrations for two aircraft.

G. **Market Valuation.** I applied a sales-comparison approach to estimate aircraft values, relying on multiple commercial listing platforms (Trade-A-Plane, Controller, GlobalAir, AircraftForSale). For real property, I used County Assessor valuations and Zillow estimates.

H. **Supplemental Sources.** I reviewed social media platforms (Facebook and LinkedIn), advertising websites, and third-party board packets (e.g., Northeast Wyoming Regional Airport Board) to confirm ongoing operations and external payments.

I. **Verification and Preservation.** For each data point, I cross-checked across at least two independent sources where possible, and preserved documents, screenshots, and exports as exhibits.

---

[1] See **Office of the Dir. of Nat'l Intelligence**, *Intelligence Community Open Source Intelligence (OSINT) Strategy 2024–2026* (2024), https://www.dni.gov/files/ODNI/documents/IC_OSINT_Strategy; **Def. Intelligence Agency**, *Open Source Intelligence Strategy 2024–2028* (2024), https://www.dia.mil/Portals/110/Documents/OSINT-Strategy; **Dep't of Def.**, *Dep't of Def. Instruction 3115.12, Open Source Intelligence (OSINT)* (Change 2, 2020), https://www.esd.whs.mil/Portals/54/Documents/DD/issuances/dodi/311512p; **Dep't of State, Bureau of Intelligence & Rsch.**, *Open Source Intelligence Strategy 2024* (2024), https://www.state.gov/wp-content/uploads/2024/05/INR-Open-Source-Intelligence-Strategy; **I-Intelligence**, *Open Source Intelligence (OSINT) Handbook* (2020), https://i-intelligence.eu/uploads/public-documents/OSINT_Handbook_2020

In preparing this report supplement, I reviewed transcripts provided by Counsel of depositions taken by each of the subjects during the week of October 6, 2025, after this report was originally produced on September 12, 2025. Where Defendants' testimony provided factual details which were not available in public records or included in the original report, I incorporated those details as supplemental context. Where testimony conflicted with recorded documents or verifiable data, I noted those inconstancies and relied on the objective public record as the authoritative source.

A full index of the documents, records, and electronic files I reviewed is attached as **Addendum B** (Materials Considered and Produced). This includes both documents I obtained through independent investigation and those provided to me by counsel.

2) <u>**Aircraft Valuation Methodology**</u>
The Subjects' Aircraft holdings were identified using the FAA Registry. I derived an Indicative Market Value (IMV) using a listing-based survey rather than a full USPAP-confirming sales-comparison appraisal, given the absence of specific information regarding the subject's aircraft holdings condition, total time, and maintenance history. The result is an unadjusted average of public asking prices for aircraft matched by make, model and year as of the time this report was prepared. This indicator is intended to provide a high-level benchmarking and capacity analysis, it is not a concluded fair market value.

A. **Comparable Selection.** I searched major public marketplaces and identified recent and active sale listings for aircraft of the same make, model, and year as the subjects' aircraft holdings (Beechcraft E-55 Baron, 1974; Piper PA-28-180 Cherokee, 1968). Trade-A-Plane in particular is a widely used, international aviation marketplace with over one million sessions per month and a decades-long track record of reliable pricing information.

B. **Computation**: For each cohort of listings matching the same make, model, and year as the subjects' aircraft holdings, I recorded all active listings, excluded duplicates of the same serial/registration where a listing appeared on multiple platforms, and calculated the simple, unweighted arithmetic mean of the asking prices.

C. **Limitations:** Asking prices reflect seller expectations and may differ materially from verified sale prices. The indicator may vary with listing turnover and inventory mix. A concluded Fair Market Value would require inclusion of information that was not available at the time this report was prepared, including condition verification, time/avionics adjustments, and analysis of closed transactions.

3) <u>**Real Property Valuation Methodology (IEE)**</u>
I derived Indicative Equity Estimates (IEE) for each subject property using assessor valuations and publicly available deed/tax information. This method provides a conservative baseline indicator of ownership value; it is not a full real estate appraisal.

A. **Public Records and Cross-Verification.** I obtained property ownership, assessed valuations, and deed history from the relevant County Assessor and Recorded offices. Where available, I reviewed property tax statements to confirm current values. Ownership was further cross-verified using deed searches and Tracers reports. Zillow "Zestimate®" values were reviewed only as secondary references to show market context. They were not adopted directly as concluded values.

B. **Computation:** For each property, I determined the "Assessed Value" using the most recent value published by the relevant County Assessor's Office as a baseline figure. Where mortgage, deed of trust, or lien information was available, I subtracted the recorded debt, or Encumbrances, from the Assessed Value to estimate equity. Where no encumbrance was recorded, I treated equity as equal to the full assessed value without any reductions due to encumbrances. If deed, loan, or purchase

price information was unavailable at the time this report was prepared, I reported "Unknown" equity and noted the limitation.

C.  **Limitations:** Assessed values are primarily used for taxation and may not reflect current market value Zillow "Zestimate" figures are algorithm based and volatile; they are included for context only. No site inspections, broker price opinions, or MLS sales-comparison adjustments were performed. Reported "equity" is an indicative figure only, not a marketable net proceeds estimate. Zillow "Zestimate®" figures are cited only for market context; I did not rely on them to conclude value.

4)  **Potential Rental Income Range Methodology**

I identified potential rental income ranges for the subject rental properties using publicly available online listing data and rent estimates. This method provides an income-capacity indicator, not a cashflow analysis or formal market rent study. Estimated current annual rental revenue figures were included with the supplemented version of this report based on testimony provided by Defendants' during their October 2025 depositions, after the original report publication on September 12, 2025.

A.  **Public Records**: County and city records and communications with the City of Fort Collins were used to identify and confirm the rental registration status of Subjects' properties.

B.  **Market Sources:** Zillow Rent Zestimate's were utilized to estimate the monthly rental estimate, which were used as a baseline for estimating potential rental income for year-lease scenarios. Active listings of the subject properties on Short-Term-Rental (STR) platforms (Expedia, VRBO, Hotels.com) were utilized to identify the actual nightly rental rates as of the time this report was being prepared, which were used to estimate STR gross potential income.

C.  **Computation:** I reported a potential annual income range using a long-term lease baseline and the maximum STR gross potential. The long-term lease baseline was determined by annualizing the property's Zillow Rent Zestimate® by multiplying monthly rent estimate by 12. The STR gross potential income was determined by annualizing the nightly rate published on STR platforms by 365, estimating the gross potential income without making any assumptions regarding occupancy.

D.  **Limitations:** These figures are based on publicly advertised rates and automated estimates, not on actual leases, revenue records, or professional rent studies. True rental income will vary with occupancy, operating costs, management practices, and market conditions.

5)  **Income Potential Methodology**

In evaluating income potential for the individuals and businesses associated with the Bennetts, I focused on identifying evidence of active operations and the capacity to generate revenue rather than attempting to construct financial statements or revenue projections. This approach was necessary because, at the time this report was prepared, tax returns, payroll records, profit-and-loss statements, and other non-public financial documents were not available for review.

During depositions, Defendants provided limited additional information regarding business operations and estimated annual business revenue, which has been incorporated into this supplemented version of this report. Although Defendants did not produce any non-public financial records to substantiate those estimates, the information they provided has been included to the extent it relates to evaluating business income potential. Additional personal income sources identified during depositions were also incorporated into the assessment of individual income potential in this supplement.

Because no non-public financial documents or substantive quantitative information regarding personal or business income were made available as of the date of this supplement, I relied on publicly available sources that credibly demonstrate whether an entity or individual has the means and opportunity to

generate income. Although this method does not yield a precise measure of net profits or household cash flow, it provides a credible basis for evaluating income potential that can be reconciled with property holdings, asset ownership, and other financial indicators elsewhere in this report. Where Defendants provided estimated income figures, I included those estimates as baseline minimum indicators.

A. <u>For business entities</u>: I reviewed Secretary of State filings, IRS nonprofit disclosures, public-facing indicators of business activity, and Defendants' deposition testimony regarding estimated business revenue. For example, Bennett Advertising, Inc. continues to publish *Anybody's Autos* each month. This allowed me to confirm operational status and revenue capacity by looking at advertiser counts, published advertising rates, and publicly recorded third-party advertising payments. I also considered the estimate Mr. Bennett provided regarding current average monthly revenues. Where only limited data were available, such as for Bennett Aviation LLC, I treated the company primarily as an asset-holding vehicle but noted that ownership of aircraft still provides avenues for aviation-related revenue. This includes leasing the aircraft to other pilots and using it for flight lessons, as Mr. Bennett described during his deposition.

B. <u>For non-profit entities</u>: I reviewed available IRS Form 990-N filings for High Road Healing Room Ministries, which consistently reported gross receipts under $50,000. No underlying financial documentation, bank statements, or internal records were produced. My analysis is therefore limited to sworn testimony, which described the organization as a volunteer-based ministry operating in donated spaces, with no paid staff, and no formal revenue model. Services were described as provided at no cost, with optional donations accepted. In-kind promotional support was reportedly received through Anybody's Autos. Due to the absence of formal financial disclosures or organizational records, the extent and nature of the nonprofit's financial activity could not be independently verified.

C. <u>For individuals</u>: I considered roles and credentials that show the ability to earn income, along with statements Defendants made during their depositions confirming receipt of Social Security income and a pension. Hugh Bennett's FAA-issued pilot and flight-instructor certificates indicate capacity for aviation-related earnings even though no specific compensation records were produced. He also testified that payments for his flight-instruction services were informal and were typically made in cash or by check rather than by credit card. With respect to Susan Bennett, her testimony confirmed income sources that include Social Security benefits, a pension, and occasional substitute-teaching work. Kevin Bennett's work history, including substitute teaching, stand-up comedy, freelance writing, and paid musical performances, identifies multiple avenues for potential earnings despite the absence of precise compensation data.

6) **<u>Wealth Percentile Methodology</u>**
I compared the Bennetts' documented assets to national household wealth benchmarks published by the U.S. Census Bureau. "Wealth" (net worth) is defined as total assets minus total debts. The Census Bureau's most recent release (published 2025, reflecting 2023 data from the 2024 SIPP) reports the 90th percentile of household net worth at approximately $1.806 million.

A. <u>Computation</u>: I summed the Bennetts' indicative real-property equity (using current assessor values and recorded encumbrance searches, and Defendants' testimony regarding encumbrances upon supplement) and added listing-based aircraft indicators to provide a conservative asset benchmark for comparison to the 90th-percentile threshold.

B. <u>Limitations</u>: This is a context benchmark, not a full net-worth statement. It relies on assessor values and listing-based aircraft indicators and assumes no undisclosed liabilities. Public records show the Arizona and Colorado homes with no mortgages of record, and Campbell County records show the

Wyoming home's encumbrances released since 2004 with no subsequent liens located as of the search dates. Hugh Bennett indicated that none of the real estate property assets in Arizona, Colorado, or Wyoming had any outstanding encumbrances.

7) **Quality Assurance Measures**

I relied exclusively on publicly recorded information or widely used commercial databases, and I supplemented that material with Defendants' sworn deposition testimony as was applicable. All asset valuations were conservative and adjusted downward where condition information or encumbrance details were not publicly available or provided for review. When direct financial records such as tax returns or bank statements were not produced, I noted this limitation and based my conclusions on corroborated, verifiable public data and Defendants' testimony where appropriate. When Defendants' testimony conflicted with verifiable public information, I noted the discrepancy. All exhibits have been preserved and can be made available for review.

During their depositions, Defendants were provided the original version of this report and were questioned about its contents. I later reviewed the deposition transcripts. To the extent Defendants provided information that affected my methodology, investigative findings, calculations, or opinions, those additions or corrections have been incorporated into this supplemental submission.

8) **Limitations**

This analysis does not include review of Defendants' tax returns, bank statements, internal business ledgers, lease agreements, or short-term rental documentation, as these materials have not been produced. During depositions conducted after issuance of the original report, Defendants declined to answer several questions regarding personal income and earnings. Certain asset transfers were also described as occurring through informal or undocumented means, including a "handshake" real estate agreement and other transfers involving purported, yet undocumented, consideration. For example, Defendants stated an aircraft was acquired through a combination of cash payment and the trade-in of another aircraft; however, no contemporaneous records were produced to substantiate the terms, consideration, or timing of these transactions.

While the absence of these materials limits the ability to fully verify certain transactions or refine specific valuation or income estimates, the data available for review from public records, commercial databases, and sworn testimony, provides a sufficient evidentiary basis to support the opinions expressed in this report.

This analysis relies on publicly available information and standard forensic and investigative research tools, including county assessor and recorder records, Secretary of State business filings, FAA aircraft registry data, IRS nonprofit filings, advertising publications, social media, and subscription investigative databases such as Tracers. The following categories of information were not available for review:

- Federal and state tax returns for Defendants and their associated entities.
- Bank statements, loan documents, business ledgers, or other internal financial records.
- Residential or short-term rental agreements, rental ledgers, or other proof of rental income.
- Internal nonprofit financial statements.
- Unrecorded real-property or personal-property transfer documentation, including materials related to "handshake agreements" or undocumented vehicle or aircraft sales.
- Comprehensive aircraft flight-log history.

These limitations do not alter my overall opinions regarding Defendants' significant financial assets and their capacity to generate ongoing income. Should any of the above records be produced, they may allow further refinement of the analyses in this report. I reserve the right to supplement my opinions within seven days of receipt of any additional materials, consistent with Rule 26 requirements.

## IV) OPINIONS

Pursuant to Rule 26(a)(2)(B), I provide the following opinions based on my investigation and supplemented based upon review of sworn testimony and additional materials reviewed in connection to this matter. Each opinion is supported by the facts, data, and exhibits referenced in the Results of Investigation (Section VI). I reserve the right to amend or supplement these opinions if additional materials become available through discovery.

**Opinion 1.    Hugh Bennett: Individual Assets.**

Hugh Bennett personally owns significant assets, including a 1974 Beechcraft E-55 Baron with an indicative market value of approximately $224,579. In addition to holding ownership interests and control of Bennett Advertising, Inc. and Bennett Aviation LLC, there is evidence that he has generated significant revenue from real estate sales over the last 10 years. These holdings, together with his joint real property ownership (see §3), are inconsistent with any representations of financial insolvency.

**Opinion 2.    Susan Bennett: Individual Assets.**

Susan Bennett jointly owns three residential properties with Hugh Bennett (see §3), all of which are currently free and clear of encumbrances. The combined assessed value of these properties is approximately $2,129,719. These holdings demonstrate substantial individual wealth and suggest active engagement in financial and organizational matters beyond personal household use.

**Opinion 3.    Hugh & Susan Bennett: Joint Assets**

Hugh and Susan Bennett jointly own three residential properties, two of which are utilized as rental properties. Using assessor values, the portfolio has a combined assessed value of approximately $2,129,719 with no outstanding encumbrances of record. There is a minimum indicative estimated equity of $2,129,719. These holdings represent substantial wealth under Hugh and Susan Bennett's control. (see §3).

**Opinion 4.    Kevin Bennett: Individual Assets**

Kevin Bennett owns real property located at ███████████████████████████████, with a current assessed value of approximately $99,570. While Kevin testified to obtaining a mortgage in November 2021 at the time the property was acquired for $80,000, no recorded encumbrance was identified. The property's appreciation in value since acquisition suggests the existence of equity. Ownership of this property represents a non-trivial asset and is inconsistent with claims of indigency (see §4).

**Opinion 5.    Hugh Bennett: Individual Income Indicators.**

Hugh Bennett currently derives ongoing income through Bennett Advertising, Inc. (see §10), Bennett Aviation LLC (see §9), and from Social Security benefits (see §5.4). He also derives ongoing income, and additional unrealized income capacity, from jointly owned rental properties (see §8). His active FAA commercial and flight instruction certifications, along with ownership and/or control of two aircrafts, further support capacity for additional aviation-related earnings.

**Opinion 6.    Susan Bennett: Individual Income Indicators.**

Susan Bennett currently derives income from Social Security benefits and a pension (see §6), as well as from jointly owned rental properties, which also maintain unrealized income potential (see §8). She holds a current teaching certificate and has recently worked as a substitute teacher, factors that, when considered alongside her extensive education and employment history, further support independent earning capacity (see §6). Additionally, her role as Director of High Road Healing Room Ministries demonstrates continued participation in organizational operations beyond personal and household assets (see §11).

**Opinion 7.**   **Kevin Bennett: Individual Income Indicators.**
Kevin Bennett maintains diverse income sources, including through his ongoing work as contractor for Anybody's Autos, gig-based delivery services, sale of rare used books, and paid work as a musician. He also maintains additional income generating capacity through work as a writer/ghostwriter, substitute teacher, stand-up comedian, and future royalties from published novels (see §7). These varied occupations demonstrate ongoing earning potential inconsistent with financial indigence.

**Opinion 8.**   **Hugh & Susan Bennett: Joint Rental Income Capacity**
Hugh and Susan Bennett own two residential properties registered as rental properties and held free and clear of encumbrances. Although the Bennetts regularly occupy these properties for personal use, they currently generate an estimated $40,000 to $60,000 in annual gross rental revenue, confirming meaningful ongoing rental revenue. Market analysis indicates that these properties have annual gross income potential between $62,028 and $234,695, underscoring additional unrealized earning (see §8).

**Opinion 9.**   **Bennett Aviation LLC: Business Assets**
Bennett Aviation LLC provides flight instruction services and functions as an asset-holding entity, owning and controlling a 1968 Piper PA-28-180 with a listing-average indicator of approximately $117,325 (see §9). Even absent direct revenue records, the aircraft ownership, Hugh Bennett's FAA commercial and flight instruction certifications, taken together with the prior provision of aircraft leasing services in connection with flight instruction and other purposes, indicate capacity for unrealized aviation-related income or asset monetization.

**Opinion 10.**   **Bennett Advertising, Inc.: Business Assets**
Bennett Advertising, Inc. operates as an active advertising business (*Anybody's Autos*), currently generating recurring revenue, including $10,000 to $14,000 per month in advertising income (see §10). This constitutes an active income stream under Hugh Bennett's control. In addition to commercial advertising, the publication promotes personal, political, and the interests of other entities affiliated with the Bennett's, indicating the publication's dual role as both a business and a platform for personal, organizational, and political influence.

**Opinion 11.**   **High Road Healing Room Ministries: Nonprofit**
Susan Bennett's role as Director of High Road Healing Room Ministries reflects not only her individual organizational and potential financial engagement, but also the Bennett family's broader involvement with the nonprofit's operations and public-facing relationships. Testimony confirms that, through their leadership of the organization, members of the Bennett family were introduced to and developed relationships with influential community figures who later became involved in their political activities, including Campbell County Commissioners Chelsie Collier and Colleen Faber, both who were active in efforts to defund the library (see §11). In addition, the nonprofit has reportedly received in-kind support from Bennett Advertising, Inc., in the form of promotional advertisements in *Anybody's Autos*, further evidencing the interconnected use of Bennett family businesses and resources for separate organizational and political purposes.

**Opinion 12.**   **Overall Financial Capacity to Satisfy a Judgment**
The Defendants maintain substantial assets and credible income capacity, including an unencumbered, jointly held residential real estate portfolio with an estimated indicative equity value of $2,129,719; current annual rental income of $40,000 to $60,000; potential

gross rental income of $62,028 to $234,695 per year; two aircraft with a combined indicative market value exceeding $340,000; and an operating advertising business generating between $10,000 and $14,000 per month in advertising income. The Bennetts' confirmed asset holdings exceed the U.S. Census Bureau's 90th-percentile household wealth threshold (approximately $1.806 million), placing them in the top ten percent of U.S. households by wealth. A lack of documentation, unlogged aircraft use, unverified flight instruction payments, and informal cash-based income suggest that additional revenue streams may exist. These financial indicators are inconsistent with any representation of insolvency or being "judgment proof." (see §3, 8–10).

**Opinion 13.**  **Financial Capacity Relevant to Punitive Damages**
The Bennetts possess sufficient assets and ongoing income capacity to support consideration of a punitive damages award. Indicators include jointly held real estate (~$2,129,719 assessed) with no encumbrances of record located; two rentals reportedly producing between $40,000 to $60,000, with an estimated gross potential of producing $62,028–$234,695/year; two aircraft with aggregate indicative market valuations of over $340,000; and advertisement revenue between $10,000 and $14,000 per month. Documented uses of financial and business resources for public-facing campaigns (electronic billboards and advertisements/editorial content in *Anybody's Autos*) show that these resources are actively deployed, making wealth and income capacity directly relevant to determining the sufficiency and effectiveness of a punitive award.

## V)   RESULTS OF INVESTIGATION

### §0   EXECUTIVE SUMMARY

Hugh and Susan Bennett jointly own three residential properties located in Arizona, Colorado, and Wyoming (the "Jointly Owned Properties"). Public records, corroborated by Defendants' testimony, confirm that the Arizona and Colorado properties, which were both purchased wholly in cash, are owned free and clear without any recorded mortgages. The Arizona and Colorado properties have current County assessed valuations of approximately $614,500 and $663,700, respectively. The third jointly owned property, which is the Bennetts' primary residence, is located in Gillette, Wyoming, maintains no outstanding encumbrances, and has a current assessed value of $851,519. Taken together, these holdings establish that the Bennetts control substantial real estate assets with a combined assessed value and minimum estimated equity of approximately $2,129,719.00.

The jointly owned Arizona and Colorado residences (the "Bennett Rental Properties") are registered and marketed online as rental properties; however, Defendants report utilizing both properties for personal occupancy, limiting the amount of time these properties are available for rental income. Even with these periods of personal use, they reportedly generate approximately $40,000 to $60,000 in total annual rental revenue ($30,000 to $40,000 from the Colorado property and $10,000 to $20,000 from the Arizona property), confirming that these properties are already a current source of income and carry unrealized additional income producing capacity. Based on public rental listings and market estimates, the Arizona property demonstrates potential annual gross rental income ranging from approximately $38,508 (long-term lease) to $98,915 (short-term rental, or STR) and the Colorado property demonstrates a potential range from approximately $23,520 (long-term lease) to $135,780 (STR). Collectively, these two properties have an estimated capacity to generate between $62,028 and $234,695 in gross rental income per year, depending on marketing and occupancy. These figures represent unadjusted gross potential and do not reflect occupancy rates, vacancies, fees, or operating expenses.

In addition to the Jointly Owned Properties, Hugh Bennett personally owns a 1974 Beechcraft E-55 Baron (the "Beechcraft Baron") with a market-indicator value exceeding $200,000, which he flies within Gillette,

Arizona, and to and from Fort Collins, Phoenix, Colorado Springs, and Casa Grande. Mr. Bennett is also the founder and president of Bennett Aviation LLC, which owns a 1968 Piper PA-28-180 Cherokee (the "Piper Cherokee") with a market-indicator value exceeding $100,000. No direct financial records for Bennett Aviation LLC were produced, but the company's structure, its aircraft ownership, and Mr. Bennett's FAA-issued Commercial and Flight Instructor Certificates indicate credible capacity for aviation-related income or asset monetization. Mr. Bennett testified that, beginning in 2023, he offered flight lessons through Bennett Aviation LLC, and that his aircraft had previously been leased to other pilots seeking instruction, confirming an additional avenue for income generation. FAA records show that Mr. Bennett originally purchased the Piper Cherokee in June 2023 with co-owner Wesley Dowling for an undisclosed amount. The following month, Bennett Aviation LLC acquired sole ownership from both Dowling and Mr. Bennett. This transaction reflects a transfer of property owned by Mr. Bennett as an individual to a business entity under his control. Mr. Bennett further testified that the Piper Cherokee is not insured and indicated that it is held in a limited liability company to limit any liability exposure to the aircraft itself.

Before forming Bennett Aviation LLC on July 25, 2023, Mr. Bennett testified that he had provided flight lessons since 2019, and indicated that he currently charged $75 per hour for flight instruction. He stated that most payments were made in cash or by check and that he did not accept credit cards. Mr. Bennett estimated that he provides about ten hours of instruction per year, though noted there were instances where a single student retained him for eight hours of training in a given month. He also testified that he does not log all of his flights and noted that Campbell County, where his planes are hangered, has limited radar coverage, confirming that no comprehensive record of flight activity would be available. While no documentation or testimony indicating the estimated total annual income derived by Bennett Aviation LLC or from flight instruction or aircraft leasing, Mr. Bennett's testimony confirms that Bennett Aviation, his aircrafts, and his flight instructor credentials are a source of potential income. Based on his stated hourly rate, if Mr. Bennett were to provide just twenty hours of flight instruction per month for a year, he would have the capacity to generate approximately $18,000 annually.

Hugh Bennett also operates Bennett Advertising, Inc., which publishes Anybody's Autos on a monthly basis. Analysis of published advertising rates, advertiser counts, and third-party payment records confirms that the business generates recurring revenue. Mr. Bennett estimates that the business generates between $10,000 and $14,000 per month in advertising revenue. Advertising rates listed on the Anybody's Autos website range from $50 to $200 for print placements and $95 to $200 for online listings, and the May 2025 issue included 47 advertisers. Public records also confirm the publication has institutional clients, such as the Northeast Regional Airport Board, which made payments of $920 in August 2025 and $530 in September 2024 to Bennett Advertising. According to Mr. Bennett, Anybody's Autos places over 12,000 copies per month into circulation across several states, including Nebraska, North Dakota, Montana, and Wyoming.

A review of Anybody's Autos confirms that Mr. Bennett has used the magazine, not only as a commercial advertising platform but also as a vehicle for personal, organizational, and political messaging. The magazine includes advertisements for the Bennetts' nonprofit entity (High Road Healing Room Ministries) and for their Fort Collins, Colorado rental property. Additionally, the magazine contains an editorialized section titled "Freeze Peach / Free Speech," which features political and religious commentary unrelated to automotive advertising. Mr. Bennett confirmed during deposition that the magazine had promoted advertisements for the Wyoming chapter of Mass Resistance, an organization engaged in local advocacy concerning the Campbell County library. The business also serves as a source of income for multiple members of the Bennett family. Bennett Advertising received PPP funds to support payroll for five employees in 2020 and 2021. Mr. Bennett's daughter was confirmed to have received at least one monthly $1,000 payment in 2024. Mr. Bennett further testified that his sons, Kevin and Colton, are employed as independent contractors through the company.

Susan Bennett serves as incorporator and director of High Road Healing Room Ministries, a Wyoming nonprofit organization that has reported under $50,000 in annual receipts on its annual Form 990-N filings since 2009. In addition to her organizational role, Ms. Bennett reports having a current teaching certificate and has recently worked as a substitute teacher. She also receives income from Social Security and a pension, and shares in rental income derived from jointly owned real estate. Testimony confirmed that, through her directorship at High Road Healing Room Ministries, Ms. Bennett developed relationships with individuals active in local library-related controversies, including Shari Lewis, and Campbell County Commissioners Chelsie Collier and Colleen Faber, who supported efforts to defund the library.

Kevin Bennett owns real property in South Dakota, with an assessed value of approximately $99,570, and engages in multiple occupations. These include substitute teaching in the Poudre School District, freelance writing and ghostwriting, publication of novels on the Amazon marketplace (with potential future royalty income), paid comedic and musical performances, sale of rare used books, gig-based delivery services, and advertising/distribution work for Anybody's Autos. These diverse activities confirm ongoing earning capacity and demonstrate a financial profile inconsistent with claims of indigency.

Although direct financial records (such as tax returns, bank statements, or business ledgers) were not available for review, evidence from public records, sworn testimony, and market analysis demonstrates that the Defendants maintain meaningful property, business interests, and income-producing assets. Based on jointly owned residential real estate assessed at $2,129,719, with no known encumbrances of record, the Bennetts' confirmed holdings exceed the U.S. Census Bureau's most recently published 90th-percentile household wealth threshold (approximately $1.806 million), placing them within the top decile of U.S. households by wealth. Additional assets include two aircraft with an aggregate indicative market value exceeding $340,000, a recurring-revenue advertising business generating $10,000 to $14,000 per month, and property portfolio currently generating $40,000 to $60,000 in gross annual rental revenue.

A review of historical transfers of properties owned by the Bennetts also indicates prior liquidity, profit, and strategic reinvestment. For example, the Defendants acquired their Arizona rental property following the 2021 sale of a former rental property in Myrtle Beach for $377,500, which Mr. Bennett testified was structured as part of a 1031 exchange. Additionally, in 2023, Mr. Bennett transferred a different residential property located at ███████████████████████, which he purportedly acquired for $45,000. While public records indicate he transferred the property to son Colton for $10 via quit claim deed in November 2023, Mr. Bennett explained that the transfer was pursuant to a $25,000 "handshake" agreement that Colton had finished paying a few years earlier. As of the date of this report, that property has an assessed market value of $116,871. No documentation or records of the agreement or payments were produced. This transaction, along with similar testimony regarding informal cash-based income and aircraft acquisitions, illustrates a pattern of undocumented or non-standard asset transfers within the Bennett household.

Taken together, the investigative findings included in this report illustrate that the Bennetts' business, nonprofit, and personal activities are not distinct or compartmentalized, rather Defendants operate through a coordinated network of shared resources and joint income, all of which are directly relevant to their financial capacity and the effectiveness of any compensatory or punitive damages award.

To conclude, it is my professional opinion that the Defendants' significant assets and income potential are not only sufficient to satisfy a compensatory judgment, but also relevant to broader damages considerations in this case. Wyoming law makes clear that punitive damages cannot be sustained "in the absence of evidence of a defendant's wealth or financial condition." The Defendants' demonstrated financial position is therefore directly relevant to determining a punitive damages award sufficient to deter and punish future misuse of financial and business resources.

## §1  HUGH BENNETT: INDIVIDUAL ASSETS

### 1.1  Aircraft:

#### 1.1.A    *1974 Beechcraft Baron E-55 (N4305W): IMV[2]: $224,579*

| | |
|---|---|
| Owner: | Hugh G. Bennett |
| Make/ Model: | Beechcraft / E-55 |
| Year: | 1974 |
| Registration Number: | N4305W |
| Serial Number: | TE-967 |
| Certificate Issue Date: | 11/5/2015 |



- **Registration Detail**: FAA records confirm that Hugh G. Bennett is the registered owner of a 1974 Beechcraft E-55, Serial No. TE-967, N4305W, with registration status listed as "Valid". (Ex. 01-A1)

- **Indicative Market Valuation**: As of September 10, 2025, I identified six active listings for 1974 Beechcraft 55/E55 Barons from GlobalAir, Controller, AircraftForSale, and Trade-A-Plane.(Ex. 01-A1-A5). The asking prices range from $144,900 to $308,575. The unadjusted average asking price was $224,579 (see Table 1: 1974 Beechcraft *55/E55 Baron Market        Comparison*).

- **Acquisition Summary**: Mr. Bennett stated that he traded a 1978 Duchess aircraft plus $60,000 in cash for the 1974 Beechcraft Baron. A bill of sale filed with FAA, indicates that Mr. Bennett acquired the property from Steven E. Lynn on October 15, 2021.  (Ex. 1-A6)

**TABLE 1:**
*Beechcraft Aircraft Market Data Comparison*

| ID | Make | Model | Year | Registration Number | Listing Source | Listed Price |
|---|---|---|---|---|---|---|
| | | | | 1974 Beechcraft 55/E55 Baron Market Data Comparison | | |
| 1 | Beechcraft | 55 Baron | 1974 | N8197R | Trade-A-Plane | $225,000 |
| 2 | Beechcraft | 55 Baron | 1974 | N3HE | Trade-A-Plane | $269,500 |
| 3 | Beechcraft | E55 Baron | 1974 | N4257 | Trade-A-Plane | $230,000 |
| 4 | Beechcraft | Baron 55 | 1974 | OK-CMR | GlobalAir | $308,575 |
| 5 | Beechcraft | Baron E55 | 1974 | N3OST | Aircraft For Sale | $169,500 |
| 6 | Beechcraft | E55 Baron | 1974 | N305T | Controller | $144,900 |
| | | | | | IMV/Unadjusted Listing Average: | $224,579 |

#### 1.1.B    *Utilization of 1974 Beechcraft Baron E-55 (N4305W):*

- Flight activity records (October 2022–February 2025) indicate ongoing use, including approximately 7.5 logged hours in February 2025, with flights between Casa Grande, AZ; Phoenix, AZ; Colorado Springs, CO; and Fort Collins, CO (Ex. 01-A6).
- According to Mr. Bennett, he pays $275 per month plus utilities to hangar the Beechcraft Baron at the Gillette airport, in addition to approximately $840 per year in insurance. He estimated a total holding cost of approximately $400 per month, including the hangar, for the 1974 Beechcraft Baron. (Ex, 01-C, Hugh Bennett AM Tr.)

---

2 Indicative Market Valuation (IMV). See III)2) Aircraft Valuation Methodology.

- Mr. Bennett testified that he does not log all of his flights, and that Campbell County has limited radar coverage, resulting in incomplete publicly available documentation of his flight activity (Ex. 01-C, Hugh Bennett AM Tr.). This is noted as a limitation in assessing full utilization.

## 1.2  Businesses:

### 1.2.A    *Professional Background:*

- According to Hugh Bennett, he attended the University of Oklahoma for two years before joining the Navy, where he served four years active duty and two years inactive, then attended an advanced diving school in Oakland, California, where he subsequently obtained a Master Scuba Diver certification before moving to New Orleans to work, including a position with Subsea International. His job ultimately transferred him to Wyoming around 1981 via INCO Services, and he left the company about 18 months later, filed for unemployment, and worked at an Albertsons before returning to oil field work. In 1985, after a short-lived consulting project, he acquired Anybody's Autos for $250 and began managing the business. (Ex. 01-C, Hugh Bennett AM Tr.).

### 1.2.B    *Bennett Advertising Inc (DBA Anybody's Autos).*                                    *See §10*

Hugh Bennett is the registered agent, incorporator, and President of Bennett Advertising, Inc., a Wyoming domestic profit corporation formed March 30, 2021, currently in delinquent status with the Secretary of State. Bennett Advertising, Inc. primarily generates revenue through the publication of the magazine Anybody's Autos, which Hugh Bennett acquired for $250 around 1985. Additional detail regarding Bennett Advertising, Inc.'s operations, assets, revenues, and ongoing activities is provided in *§10*.

### 1.2.C    *Bennett Aviation LLC*                                                                                *See §9*

- Hugh Gilford Bennett is the organizer and registered agent of Bennett Aviation, LLC., a Wyoming domestic limited liability company formed July 25, 2023, currently in delinquent status with the Wyoming Secretary of State. Additional detail for Bennett Aviation LLC's is provided in *§9*.

### 1.2.D    *High Road Healing Room Ministries*                                                        *See §11*

- Hugh Gilford Bennett is a Director with his wife at High Road Healing Room Ministries, a Wyoming nonprofit corporation that was formed November 3, 2009, currently in active status with the Secretary of State. Additional detail regarding High Road Healing Room Ministries is provided in §11.

## 1.3  Real Property:

### 1.3.A    *Joint Portfolio with Susan Bennett*                                                        *See §3*

- Hugh Bennett jointly owns three residential properties with his wife, Susan Bennett. These include a single-family residence in Gilbert, Arizona, a residence in Fort Collins, Colorado, and a single-family residence in Gillette, Wyoming. Full details of these properties, including purchase history, recent transactions/transfers, current valuations, and estimated equity, are provided in *§3*.

## 1.4  Recent Transfers Involving Hugh Bennett

### 1.4.A  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                         *Campbell County, WY*

- On November 21, 2023, Hugh Bennett transferred the real property located at ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ via a $10 Quit Claim Deed to Colton Bennett (Ex. 01-B1). The Campbell County Assessor current property tax valuation indicates the market value of the property at $116,871 (Ex. 01-B2), with the current Zillow Zestimate® estimated at $143,100 (Ex. 01-B3).
- Hugh Bennett stated that he sold the property to his son for $25,000 pursuant to a handshake agreement, paid in $500 monthly installments for approximately 50 months. Mr. Bennett reported that Colton finished paying a few years before the title paperwork was filed in November 2023. No documentation evidencing the $25,000 "sale" or installment payment agreements was produced.
- Mr. Bennett indicated that he originally purchased the property for approximately $45,000 in 2013. (Ex. 01-C, Hugh AM Tr.). However, there is no recorded transfer in 2013 showing Hugh as grantee; rather, the only recorded transfer is a Warranty Deed conveying the property from Hugh Bennett and Ted Gajewski, as tenants in common, to Hugh Bennett, individually, on July 24, 2024. (Ex. 01-B4)

| | |
|---|---|
| **Opinion 1.** | It is my opinion that Hugh Bennett personally owns significant assets, including a 1974 Beechcraft E-55 Baron with an indicative market value of approximately $224,579. In addition to holding ownership interests and control of Bennett Advertising, Inc. and Bennett Aviation LLC, there is evidence that he has generated significant revenue from real estate sales over the last 10 years. These holdings, together with his joint real property ownership (see §3), are inconsistent with any representations of financial insolvency. |

## §2  SUSAN BENNETT: INDIVIDUAL ASSETS

## 2.1  Real Property:

### 2.1.A  *Joint Portfolio with Hugh Bennett*                                    *See §3*

- Susan Bennett jointly owns three residential properties with her husband, Hugh Bennett. These include a single-family residence in Gilbert, Arizona, a residence in Fort Collins, Colorado, and a single-family residence in Gillette, Wyoming. Full details of these properties, including purchase history, recent transactions/transfers, current valuations, and estimated equity and estimated equity, are provided in this report at *§3*.

## 2.2  Businesses

### 2.2.A  *High Road Healing Room Ministries*                                    *See §11*

- Susan Bennett is listed as the Registered Agent and Director of High Road Healing Room Ministries, a Wyoming nonprofit corporation that was formed November 3, 2009, currently in active status with the Secretary of State. As of September 10, 2025, online publications indicate that Susan is the nonprofits Director (Ex. 02-A1 and Ex. 02-A2) Additional detail regarding High Road Healing Room Ministries is provided at §11.

| | |
|---|---|
| **Opinion 2.** | Susan Bennett jointly owns three residential properties with Hugh Bennett (see §3), all of which are currently free and clear of encumbrances. The combined assessed value of these properties is approximately $2,129,719. These holdings demonstrate substantial individual wealth and suggest active engagement in financial and organizational matters beyond personal household use. |

## §3  JOINT ASSETS (HUGH & SUSAN BENNETT)

### 3.1  Joint Real Property Portfolio (Property Cards)

**3.1.A** ██████████████████████████, **Maricopa County, Arizona | IEE: $614,500**



| | |
|---|---|
| **Owners:** | Hugh and Susan Bennett |
| **Purchase Date/Price:** | 11.17.2021 / $680,000 |
| **Assessed Value:** | $614,500 |
| **Encumbrances:** | None |
| **Rental:** | Yes |
| **Indicative Equity:** | $614,500 |
| **2025 Property Taxes:** | $2,707.52 |

- Acquisition Info: The Maricopa County Assessor's Office identifies ████████████ (the Arizona Property) as a 3,221 sq. ft. single-family residence with a pool and two covered patios, registered as a Residential Rental Property (Exh. 03-A1). Recorded documents reflect that Hugh G. Bennett and Susan P. Bennett, husband and wife, acquired the property on November 17, 2021, via Warranty Deed (Exh. 03-A2). The Affidavit of Property Value reports a purchase price of $680,000, paid in cash with no mortgage recorded (Ex. 03-A3).

- Indicative Equity Valuation: The Maricopa County Treasurer valued the property at $612,300 for 2024 (Ex. 03-A4), with the County Assessor more recently providing a $614,500 for the 2026 tax year (Ex. 03-A1). The Zillow Zestimate® for the property is currently $735,300 (Ex. 03-A5). It is estimated that the Bennetts currently hold approximately $614,500 in equity in the property, subject to ordinary market fluctuations.

- Rental Property: Listed rental property; addressed further in §8.

**3.1.B** ██████████████████████, **Larimer Co., Colorado | IEE: $663,700**



| | |
|---|---|
| **Owners:** | Hugh and Susan Bennett |
| **Purchase Date/Price:** | 11.14.2005 / $282,500 |
| **Assessed Value:** | $663,700 |
| **Encumbrances:** | None |
| **Rental:** | Yes |
| **Indicative Equity:** | $663,700 |
| **2025 Property Taxes:** | $3,492.74 |

- Acquisition Info: Larimer County identifies ████████ (the Colorado Property) as a 1,617 sq. ft. single-family residence (Ex. 03-B1). A recorded Warranty Deed indicates that Hugh and Susan Bennett acquired the property on November 14, 2005 for $282,500 (Ex. 03-B2). Mr. Hugh Bennett confirmed that the property was purchased in full with cash (Ex. 01-C, Hugh AM Tr).

- Indicative Equity Valuation: Larimer County's 2024 Property Tax Statement assessed an actual Valuation of $598,300 (Ex. 03-B3), while the most recent value information published by the County Assessor for 2025 indicates a total current actual value of $663,700 (Ex. 03-B4). There is no Deed of Trust recorded with Larimer County, and Mr. Bennett confirmed there are no outstanding mortgages. It is estimated that Hugh and Susan Bennett jointly hold approximately $663,700 in equity in the property, subject to ordinary market fluctuations.

- Rental Property: Registered as a short-term rental (STR) with the City of Fort Collins (Ex. 03-B5); addressed further in §8.

**3.1.C** ▬▬▬▬▬▬▬▬▬▬▬▬▬**, Campbell County, Wyoming | IEE:** *$851,519*

| | |
|---|---|
| **Owners**: | Hugh and Susan Bennett |
| **Purchase Date/Price**: | 05.1997 / $300k |
| **Assessed Value**: | $851,519 |
| **Encumbrances**: | None |
| **Rental**: | No |
| **Indicative Equity**: | $851,519 |
| **2025 Property Taxes**: | $1,847.10 |



- Acquisition Info: Campbell County records identify ▬▬▬▬▬▬▬ (the Joint Gillette Property) as a 4,214 sq. ft. single-family residence owned by Hugh and Susan Bennett (Ex. 03-C1, Ex. 03-C2). In May 1997, Hugh Bennett received a $216,000 construction mortgage to finance a new build (Ex. 03-C3), this was replaced on December 19, 1997 with a $214,500 conventional mortgage (Ex 03-C4). Mr. Bennett indicated that the real cost of the property was closer to $300,000 (Ex. 01-C, Hugh AM Tr.). No documentation was provided to evidence the $300,000 price. On May 23, 2000, Hugh transferred ownership of the Joint Gillette Property from himself, as an individual, to both he and Susan, as tenants by entirety (Ex. 03-C5). Susan and Hugh later obtained an additional $180,149 mortgage from State Farm Financial Services on January 17, 2002 (Ex. 03-C6). Mr. Bennett confirmed that there were no remaining encumbrances against the property (Ex. 01-C, Hugh AM Tr.).

- Indicative Equity Valuation: The County Assessor reports a current valuation of $851,519 (Ex. 03-C7). On January 31, 2022 First Interstate Bank filed a release of the December 1997 conventional mortgage (Ex. 03-C8), and State Farm Bank discharged the second $180,149 mortgage on October 29, 2004 (Ex. 03-C9). No record of any encumbrances attached to the property were found as of September 12, 2025. It is estimated that Hugh and Susan Bennett jointly hold approximately $851,519 in equity in the property, subject to ordinary market fluctuations.

**TABLE 2:**
*Joint Real Property Portfolio Summary*

| ID | Address | Owners | Purchase Date | Purchase Price | Assessed Value[3] | Encumbrances | Rental | IEE[4] |
|---|---|---|---|---|---|---|---|---|
| **TABLE 2: Joint Real Property – Assessed Values, Encumbrances, and Indicative Equity** | | | | | | | | |
| 3.1.A | ▬▬▬ | Hugh & Susan Bennett | 11/17/21 | $680,000 | $614,500 | None *Purchased All Cash* | Yes | $614,500 |
| 3.1.B | ▬▬▬ | Hugh & Susan Bennett | 11/14/05 | $282,500 | $663,700 | None *Purchased All Cash* | Yes | $663,700 |
| 3.1.C | ▬▬▬ | Hugh & Susan Bennett | 5/1997 -> 5/23/00 | $300,000[5] | $851,519 | None *Released in 2004* | No | $851,519 |
| | | | Total Assessed Value | | $2,129,719 | Total Indicative Equity | | $2,129,719 |

---

[3] Assessed values are tax assessments, not appraisals.

[4] "Indicative Equity" = Assessed Value minus recorded encumbrances of record as of search dates.

[5] Per Hugh Bennett; no documentation provided by defendants or located in property records confirming $300,000 purchase price.

**Opinion 3.**       It is my opinion that Hugh and Susan Bennett jointly own three residential properties, two of which are utilized as rental properties. Using assessor values, the portfolio has a combined assessed value of approximately $2,129,719 with no encumbrances of record. There is a minimum indicative estimated equity of $2,129,719. These holdings represent substantial wealth under Hugh and Susan Bennett's control. (see §3).

## §4  KEVIN BENNETT: ASSETS

### 4.1  Real Property:

**4.1.A**  ███████████████████, *Lawrence County, South Dakota,  IEE: $99,570*

| | |
|---|---|
| **Owner:** | Kevin Bennett |
| **Purchase Date/Price:** | 11.24.2021/$80,000 |
| **Assessed Value**: | $99,570 |
| **Encumbrances:** | Claimed by Owner[6] |
| **Indicative Equity:** | $99,570 |



- <u>Acquisition Info</u>: Lawrence County indicates that ██████████ (the South Dakota Property) is a single Family Home covering two parcels, purchased on November 24, 2021 for $80,000 by Kevin Bennett. (Ex. 4-A1).

- <u>Indicative Equity Valuation</u>: The current combined assessed value of both parcels is $99,570, per the Lawrence County Assessor. (Ex. 4-A2; Ex. 4-A3). As of September 10, 2025, the Zillow Zestimate® for the property is $158,100. (Ex. 4-A4). Mr. Bennett stated that the property is encumbered by a mortgage for which he makes monthly payments. (Ex. 4-A5, Kevin Depo Tr.). However, Defendants produced no documentation evidencing the mortgage, and no deed of trust or similar encumbrance was located in publicly available records.

**TABLE 3:**
*Kevin Bennett Assets Summary*

| TABLE 3: KEVIN BENNETT ASSET SUMMARY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ID | Address | Owners | Purchase Date | Purchase Price | Assessed Value | Encumbrance on Record | Zillow Zestimate | Indicative Equity |
| 4.1.A | ████ | Kevin Bennett | 11/24/21 | $80,000 | $99,570 | Claimed by Owner/No Documentation | $158,100 | Unknown |
| | | | Total Assessed Value | | $99,570 | | Total Indicative Equity | Unknown |

**Opinion 4.**       Kevin Bennett owns real property located at ██████████ South Dakota, with a current assessed value of approximately $99,570. While a mortgage was mentioned in testimony, no recorded encumbrance was identified. Ownership of this property represents a non-trivial asset and is inconsistent with claims of indigency (see §4).

---

[6] Mortgage claimed by owner, Kevin Bennett. No documentation produced or property records found evidencing an active mortgage.

## §5  HUGH BENNETT: INCOME INDICATORS

### 5.1  Joint Rental Income

- Two jointly owned properties (Gilbert, AZ and Fort Collins, CO) are registered as rental properties and advertised online. Gross potential annual income from these rentals is addressed in §8 (Joint Income).

### 5.2  Businesses

#### 5.2.A    *Bennett Advertising, Inc.*

- Mr. Bennett owns and operates Bennett Advertising, Inc., which publishes *Anybody's Autos*. On Mr. Bennett's personal LinkedIn profile, he has listed himself as the Operations Manager at Bennett Advertising, Inc (Ex. 05-A1).
- Based on published advertising rates and review of the July 2025 issue, which included 46 advertisers and three premium placements. Public records confirm third-party payments for advertising services (see, §10, *Bennett Advertising Assets & Income Indicators*).
- Mr. Bennett testified that Anybody's Auto's currently generates between $10,000 and $14,000 in monthly advertisement revenue (Ex. 01-C, Hugh Bennett AM Tr).

#### 5.2.B    *Bennett Aviation LLC*

- See §9 (Bennett Aviation LLC: Assets and Income) for detailed analysis of aircraft ownership and income indicators related to Bennett Aviation LLC.

### 5.3  Licenses/Certificates:

#### 5.3.A    *Commercial Pilot Certificate*

- Hugh Gilford Bennett was issued a Commercial Pilot Certificate by the US Department of Transportation, Federal Aviation Administration (FAA) to operate single engine land, multiengine land, and instrument airplanes on June 17, 2008 (Ex. 05-A1). The FAA Airman Detail Report regarding Mr. Bennett indicates that his most recent Medical Date was August 2025. (Ex. 05-B1)

#### 5.3.B    *Flight Instructor Certificate*

- Hugh Gilford Bennett was issued a Flight Instructor Certificate by the US Department of Transportation, Federal Aviation Administration to provide flight instruction on single engine and multiengine airplanes on November 6, 2024. (Ex. 05-B2).

- According to Mr. Bennett, he began giving flying lessons in 2019 after obtaining both twin-engine and single-engine flight instructor. For the first year as an instructor, he charged $65 per hour, and later increased to $75 per hour. Beginning in 2023, Mr. Bennett began providing flight lessons through Bennett Aviation LLC. (Ex. 01-C, Hugh Bennett AM Tr).

- With the exception of an initial period of time where he was paid through a flight-training organization (FTO), Mr. Bennett indicated that his students paid for his services by check or cash, and that he did not accept credit card payments. Additionally, he clarified that students were responsible for paying the cost to lease the plane utilized during his flight lessons (Ex. 01-C, Hugh Bennett AM Tr).

### 5.3.C    *Remote Pilot Certificate*

- Hugh Gilford Bennett was issued a Remote Pilot Certificate by the US Department of Transportation, Federal Aviation Administration to operate a small unmanned aircraft system on May 16, 2017. (Ex. 05-B3).

## 5.4  Other sources of Income

- Hugh Bennett testified that he currently collects Social Security benefits. (Ex. 01-C1, Hugh AM Depo Tr.) Defendants did not produce documentation of the specific Social Security amount or benefit statements. These income sources were acknowledged during testimony but remain unverified due to the absence of non-public financial records.

| | |
|---|---|
| **Opinion 5.** | It is my opinion that Hugh Bennett currently derives ongoing income through Bennett Advertising, Inc. (see §10), Bennett Aviation LLC (see §9), and from Social Security benefits. He also derives ongoing income, and additional unrealized income capacity, from jointly owned rental properties (see §8). His active FAA commercial and flight instruction certifications, along with ownership and/or control of two aircrafts, further support capacity for additional aviation-related earnings. |

## §6  SUSAN BENNETT: INCOME INDICATORS

## 6.1  Rental Income:

- Two jointly owned properties (the Arizona and Colorado properties) are registered as rental properties and advertised online. Gross potential annual income from these rentals is addressed in §8.
- Susan Bennett confirmed in her deposition that she participates in managing guest turnover at the Fort Collins property when she is staying in the basement during short-term-rental periods, and further that she the Fort Collins property is regularly rented out by guests (Ex. 06-A0, Susan Depo Tr.).

## 6.2  High Road Healing Room Ministries.

- Susan Bennett is the incorporator and Director of High Road Healing Room Ministries, a Wyoming nonprofit religious organization.
- As of September 10, 2025, online publications identify Susan as the nonprofits Director (Ex. 06-A1 and Ex. 06-A2).
- The organization reports annual gross receipts under $50,000 via the IRS Form 990-N postcard filing so no compensation or salary information is publicly available.
- Additional detail regarding High Road Healing Room Ministries is provided in §11.

## 6.3  Education & Certifications

### 6.3.A    *Education & Certifications*

- Susan Bennett graduated summa cum laude from the University of North Florida with a Bachelor's degree in Education around 1980. She also graduated cum laude from Black Hills State University in South Dakota with a Bachelor of Arts in Education. She completed her practicum at Tulane University in New Orleans and attended Louisiana State University. (Ex. 06-A0, Susan Depo Tr.).
- Susan Bennett reported that she has a current teaching certificate, as well as a CPR certification, a sign language certificate, and a First Aid certification. She has also taken additional classes in children's literature at Black Hills State University. (Ex. 06-A0, Susan Depo Tr.).

### 6.4  Employment And Occupations

#### 6.4.A  *Occupations*

- Susan worked as a teacher for over 30 years, primarily teaching kindergarten through second grade at various schools in Campbell County, Wyoming.  She stopped teaching full-time around 2019. In her deposition Susan shared that she still substitute teaches occasionally, including for three months during the last school year. (Ex. 06-A0, Susan Depo Tr.).

#### 6.4.B  *Other Sources of Income*

- Susan testified that she currently receives Social Security benefits and a pension. (Ex. 06-A0, Susan Depo Tr.). Defendants did not produce documentation of the specific Social Security amount, pension amount, or benefit statements. These income sources were acknowledged during testimony but remain unverified due to the absence of non-public financial records.

| | |
|---|---|
| **Opinion 6.** | Susan Bennett currently derives income from Social Security benefits and a pension (see §6), as well as from jointly owned rental properties (see §8). She holds a current teaching certificate and has recently worked as a substitute teacher; when considered alongside her extensive education and employment history, further support independent earning capacity (see §6). Her role as Director of High Road Healing Room Ministries also demonstrates continued participation in organizational operations beyond personal and household assets (see §11). |

## §7  KEVIN BENNETT: POTENTIAL INCOME INDICATORS

### 7.1  Employment And Occupations:

#### 7.1.A  *Occupations:*

- As of September 6, 2025, Kevin Bennett's Facebook profile (Ex. 07-A1) indicated that he was involved in the following occupations and sources of income: Stand-up Comedian performing regionally, Substitute Teacher, Writer/ghostwriter and author with multiple novels on the Amazon marketplace, and Distributor/advertising support for Anybody's Autos.

- Kevin is a 1099 contractor for Bennett Advertising, Inc. Hugh testified that Kevin travels from South Dakota to Gillette once a month to pick up Anybody's Autos and distributes "the lion's share" of the publications eastern distribution (Ex. 01-C, Hugh Bennett AM Tr.). Kevin confirmed that he performs distribution duties for the family business, Anybody's Autos, and also testified that as of October 2025, he was working for DoorDash, working as a wedding DJ, performing in several rock bands, and selling rare used books. While Kevin indicated that he was not currently substitute teaching, he did not indicate that there was a reason he was no longer engaged in this occupation. Kevin did not provide income estimates for any of his occupations, nor were any financial documents produced evidencing his total annual income.   (Ex. 04-A5, Kevin Bennett Tr).

#### 7.1.B  *Other Sources of Income*

- Kevin has a novel published on Amazon marketplace called Amphibian, which was published in February 2016, and sells for $11.99 on paperback and $11.39 on Kindle. (Ex. 07-B1).

| | |
|---|---|
| **Opinion 7.** | Kevin Bennett maintains diverse income sources, including through his ongoing work as contractor for Anybody's Autos, gig-based delivery services, sale of rare used books, and paid work as a musician. He maintains additional potential income capacity through work as a writer/ghostwriter, substitute teacher, stand-up comedian, and future royalties from published novels (see §7). These varied occupations demonstrate ongoing earning potential inconsistent with financial indigence. |

## §8  JOINT INCOME POTENTIAL – HUGH AND SUSAN BENNETT

### 8.1  Jointly Owned Rental Properties – Potential Vs. Conservative Scenarios

**8.1.A**    ██████████████    *Gilbert, Arizona.*

- Maricopa County Assessor records confirm this property is designated as a Residential Rental (Exh. 03-A1). At the time of this report, the property is listed on Expedia.com for $271/night (Ex. 08-A1). The Zillow Rent Zestimate® ®, shows the estimated rents for the property at $3,209 per month (Exh. 03-A5).

- Potential Rental Income Range: Depending on how the rental property is marketed, it has the potential to generate between $38,508 and $98,915 in income each year, depending on occupancy. (see Table 4)

**TABLE 4:**
*3759 E Fruitvale Potential Rental Income Estimate*

| ID | Type | Rate | Unit | Quantity | Potential Income | Source |
|---|---|---|---|---|---|---|
| 1 | Residential Rental – Year Lease | $3,209 | Monthly Rent | 12 | $38,508 | Zillow |
| 2 | Vacation Rental | $271 | Nightly | 365 | $98,915 | Expedia |

**8.1.B**    ██████████████    *Fort Collins, Colorado.*

- The City of Fort Collins confirms this property is registered as a STR (STR) (Exh. 03-B5). At the time of this report, the property is listed on VRBO, a STR platform, for $372 per night (Ex. 08-B1). The Zillow Rent Zestimate® ® for the property, shows an estimated $1,960 could be charged in rent each month at the property (Exh. 08-B2).
- Potential Rental Income Range: Depending on how the rental property is marketed, it has the potential to generate between $23,520 and $135,780 in income each year, depending on occupancy. (see Table 5)

**TABLE 5:**
*539 Spin Drift Potential Rental Income Estimate*

| ID | Type | Rate | Unit | Quantity | Potential Income | Source |
|---|---|---|---|---|---|---|
| 1 | Residential Rental – Year Lease | $1,960 | Monthly Rent | 12 | $23,520 | Zillow |
| 2 | Vacation Rental | $372 | Nightly | 365 | $135,780 | VRBO |

**8.1.C**    *Deposition-Reported Current Annual Rental Income*

- Hugh Bennett testified that the jointly owned rental properties currently generate approximately $30,000 to $40,000 per year from the Fort Collins property and $10,000 to $20,000 per year from the Gilbert, Arizona property, for a combined total of approximately $40,000 to $60,000 in annual rental revenue. This reported income supports that the properties already function as revenue-producing assets, while also carrying additional unrealized capacity as identified in the potential-income analysis above. (Ex. 01-C, Hugh AM Tr)

## 8.2 Recent Transfers/Transactions:

**8.2.A** █████████████████████████ *(Campbell County, Wyoming)*

- On November 25, 2014, Susan P. and Hugh G. Bennett conveyed the property located at ██ █████████████████ via Warranty Deed for an undisclosed amount. (Ex. 08-C1). According to Hugh Bennett, he lived at the property from 1983 to 1990, he had purchased the property in 1983 for $65,500, and the property was ultimately sold for approximately $119,000 (See Ex. 1-C, Tr. 14:18-15:7). The Campbell County Assessor's current property tax valuation indicates the market value of the property at $175,304 (Ex. 08-C2), with the current market value reported by Zillow (the Zestimate® ®), estimated at $214,900. Prior to selling this property in 2014, it was utilized as a rental property.

**8.2.B** █████████████████████████ *(Horry County, South Carolina)*

- On November 17, 2021, Susan P. and Hugh G. Bennett sold a property located at ███████ █████████████████ for $377,500. (Ex. 08-D1). Mr. Bennett confirmed that this property was purchased with approximately $335,000 cash and via a 1031 exchange in connection to sale of the 251 Westhills Loop property. The timing with the purchase of the Fruitdale property suggests that that acquisition was also a 1031 exchange.

**8.2.C** █████████████████████ *Campbell County, WY*

- Hugh Bennett reported that he lived at 4007 [sic] ████████████████████ before acquiring the ████████ Property in 1997 (Ex. 01-C, Hugh AM Tr.). While a recorded Warranty Deed indicates that Hugh and Susan sold the property in consideration for $10 on August 11, 2005 (Ex. 08-D2). According to Mr. Bennett's recollection, the property was sold for $264,000 Ex. 01-C, Hugh AM Tr). No documentation evidencing a $264,000 "sale" was produced.

| Opinion 8. | It is my opinion that Hugh and Susan Bennett own two residential properties which are registered as rental properties and owned free and clear of encumbrances. Despite being regularly occupied by the Bennett's for their own personal use, the properties reportedly currently produce a combined gross rental income of approximately $40,000 to $60,000 per year, confirming meaningful ongoing rental income. These properties also have gross income potential between $62,028 and $234,695 annually, underscoring their additional earning capacity (see §8). |
|---|---|

## §9   BENNETT AVIATION LLC: ASSETS AND INCOME

### 9.1  Corporate Profile:

Bennett Aviation LLC is a Wyoming limited liability company formed July 25, 2023, with Hugh G. Bennett listed as registered agent and owner (Ex. 09-A1 and Ex. 09-A2).

| | |
|---|---|
| **Status:** | Delinquent |
| **Type:** | Wyoming Limited Liability Company |
| **Formation Date:** | July 25, 2023 |
| **Principal Address:** | ████████████████████ |
| **Registered Agent:** | Hugh Gilford Bennett, ██████████████ |
| **Owner/Manager:** | Hugh Bennett |

### 9.2  Real Property:

**9.2.A    AIRCRAFT: 1968 Piper Cherokee PA-28-180 (N6338J):**                    **IMV: $117,325**

| | |
|---|---|
| **Owner:** | Bennett Aviation |
| **Make/ Model:** | Piper / Cherokee 180 |
| **Year:** | 1968 |
| **Registration Number:** | N6338J |
| **Serial Number:** | 28-4747 |
| **Certificate Issue Date:** | 10/07/2023 |



- Registration Detail: FAA records confirm that Bennett Aviation LLC is the registered owner of a 1968 Piper Cherokee PA-28-180, Serial No. 28-4747, N6338J, with registration status listed as "Valid". (Ex. 09-B1) Registration records provided by the FAA indicate that Bennett Aviation LLC, president Hugh G. Bennett, filed an aircraft registration application regarding aircraft N6338J on October 3, 2023. (Ex. 09-B4)

- Acquisition Detail: An Aircraft Bill of Sale shows that Hugh G. Bennett and Wesley R. Dowling jointly acquired aircraft N6338J on June 13, 2023 from Theodore W. Madsen for an undisclosed consideration. A subsequent Bill of Sale shows the aircraft was then transferred from Mr. Bennett and Mr. Dowling to Bennett Aviation LLC for $12,500 on July 25, 2023. (Ex. 09-B4). Hugh Bennett testified that he recalled paying $25,000 (Ex. 01-C1, Hugh AM Tr.). No documentation was provided to substantiate the higher claimed amount.

- Indicative Market Valuation: As of September 10, 2025, I identified four active listings for 1968 Piper Cherokee PA-28-180 aircrafts from Controller.com and Trade-A-Plane. The asking prices range from 95,000 to $144,900. The unadjusted average asking price was $117,325. (Ex. 09-B2, Ex. 09-B3, and Table 6).

**TABLE 6:**
*Piper Cherokee Aircraft Market Data Comparison*

| 1968 Piper Cherokee PA-28-180 Market Data Comparison | | | | | |
|---|---|---|---|---|---|
| **ID** | **Make** | **Model** | **Year** | **Registration Number** | **Listing Source** | **Listed Price** |
| 1 | Piper | Cherokee 180 | 1968 | N6403J | Controller & Trade-a-Plane | $119,900 |
| 2 | Piper | Cherokee 180 | 1968 | N5112L | Trade-a-Plane | $144,900 |
| 3 | Piper | Cherokee 180 | 1968 | N6484J | Trade-a-Plane | $109,500 |
| 4 | Piper | Cherokee 180 | 1968 | N6608J | Trade-a-Plane | $95,000 |
| | | | | | **IMV/Unadjusted Listing Average:** | **$117,325** |

### 9.3  Income Indicators:

- According to Hugh Bennett, beginning in 2023, he started generating revenue for Bennett Aviation LLC by providing flight instruction. He indicated that he did not accept credit card payments, and flight lessons were typically paid directly to him by cash or check, with students separately being responsible for covering the cost of leasing the aircraft used for lessons. (Ex. 01-C1, Hugh AM Tr.)

- Mr. Bennett testified that he had utilized his aircraft for flight lessons, and that there were instances where students leased his plane. He further stated that pilots other than his own students had, at times, leased or utilized the aircraft for instructional purposes, confirming additional avenues for aircraft-related monetization beyond his own instruction hours. (id)
- Mr. Bennett indicated he provides approximately 10 hours of lessons in a typical year, but that he could provide as many as eight hours to a single student in a single month. (id)
- No logbooks, income summaries, bank records, or any financial records were produced to substantiate actual revenue.

| | |
|---|---|
| **Opinion 9.** | Bennett Aviation LLC provides flight instruction services and functions as an asset-holding entity, owning and controlling a 1968 Piper PA-28-180 with a listing-average indicator of approximately $117,325. Even absent direct revenue records, the aircraft ownership, Hugh Bennett's FAA commercial and flight instruction certifications, taken together with the prior provision of aircraft leasing services in connection with flight instruction and other purposes, indicate capacity for unrealized aviation-related income or asset monetization. |

## §10 BENNETT ADVERTISING INC.: ASSETS AND INCOME

### 10.1 Corporate Profile: (Exs. 10-A1, A2, A3)

- **Status:**  (Delinquent):
- **Type:**  Wyoming Domestic Profit Corporation
- **Formed:**  March 30, 2021
- **Principal Address:**  ███████████████
- **Mailing Address:**  ███████████████
- **Registered Agent:**  Hugh Gilford Bennett, ██████████████
- **Owner/Manager:**  Hugh Bennett
- **DBA:**  Anybody's Autos

- Secretary of State History of Non-Compliance: According to Hugh Bennett, he acquired Anybody's Autos from Vaughn Pruit for $250 and incorporated Bennett Advertising as an S Corporation in the late 80's; however, the Wyoming Secretary of State indicates that the first filing associated with Bennett Advertising, Inc. was filed in November 1994. That entity was administratively dissolved and became inactive on June 30, 1998. Articles of Incorporation were again filed for Bennett Advertising, Inc. on February 6, 2006, and the entity again became administratively dissolved and inactive on June 2, 2008. From approximately 1987 through 2017, Bennett Advertising continued operating the Anybody's Autos publication despite intermittent lapses in its formal corporate registration status.

### 10.2 Property:

- Business has $3,155 in personal property registered with the Campbell County Assessor, owned by Bennett Advertising. (Ex. 10-B1).

### 10.3 Operations/ Publications:

#### 10.3.A   *Anybody's Autos (Periodical): CURRENTLY OPERATING*

- Anybody's Autos is a free, monthly regional automotive classifieds magazine distributed in print and online. The publication advertises itself as "producing local content since 1983" and reports a distribution of 12,000 copies and 30,000 readers per month. The July 2025 issue (Vol 4, No. 7) was posted online at the time of this report (Ex. 10-C1). Historical issues, including

May 2025, identify Anybody's Autos as a publication of Bennett Advertising, Inc. (Ex. 10-C2). According to Mr. Bennett, the Anybody's Autos publication circulates anywhere from 12,000 and 14,000 printed periodicals each month between northwest Nebraska to North Dakota, Montana, and western and northeast Wyoming,

### 10.3.B  *House Hunter (Periodical):*
- According to Hugh Bennett, between approximately 1987 and 2017, Bennett Advertising also operated a periodical called House Hunter

### 10.3.C  *Welcome Guide (Magazine):*
- Beginning around 2011, Bennett Advertising published approximately five to six issues of a tourism magazine called Welcome Guide.

### 10.3.D  *Lost Heritage (Novelette Publication):*
- During the early 1990's, according to Hugh Benett, Bennett Advertising published a short novelette called Lost Heritage, which was written by his father and was regarding "The American Indian Movement in Western South Dakota" and documented Native American struggles with the FBI.

## 10.4 Liabilities

- Employee History: Records obtained via Bankruptcy filings by Traci M. Bennett, daughter of Hugh and Susan Bennett, indicate that she was paid $1,000 per month by Bennett Advertising Inc. while living at ███████████████████████ from January 2024 to March 2024. (Ex. 10-C3).
- In 2020, Bennett Advertising Inc reported 2 Jobs in connecting to the award of two PPP loans, $8,040 in April 2020, and $8,037 in February 2021 for payroll expenses. (Ex. 10-C4, Ex. 10-C5). These filings confirm that Bennett Advertising maintained payroll-supported positions during these periods.
- Mr. Bennett reported that the peak number of employees for Bennett Advertising was five in 2013. He testified that he is currently the only employee of the business, and that his sons Kevin Bennett and Colton Bennett are paid as independent 1099 contractors to support distribution and other publication operations.

## 10.5 Revenue:

- Advertising rates listed on Anybody's Autos website include: classified photo ads ($50), double-sized ads ($90), cover placements ($200), and business/event ads starting at $115. Online ads range from $95 to $200 per 30-day listing (Ex. 10-D1). 47 advertisers were listed in the index for the May 2025 issue (Ex. 10-C1). Public records from the Northeast Regional Airport Board reflect a $920 advertising payment to Bennett Advertising for "Wings and Wheels" promotion in August 2025, and $530 in September 2024, confirming the company generates revenue from third-parties (Ex. 10-D2 and Ex. 10-D3).
- Per Hugh Bennett, Bennett Advertising generates between $10,000 and $14,000 per month from advertising revenue. (Ex. 01-C1, Hugh AM Tr.) Mr. Bennett also indicated that Bennett Advertising had historically been paid by insurance companies who paid for subscriptions and used issues of Anybody's autos in order to value claims. (id)

## 10.6 Use Of Publication As A Platform:

- **Self-Promotion/Integrated Interests**: The magazine carries advertisements for entities controlled by the Bennetts, including (i) High Road Healing Room Ministries and (ii) the Fort Collins, Colorado rental property, demonstrating use of the publication to promote household and organizational interests in addition to third-party advertisers. (Ex. 10-E1 and Ex. 10-E2)

- Editorialized Content: Issues reviewed include a recurring commentary section labeled "Freeze Peach / Free Speech" (featuring a "frozen peach" graphic and a side heading "Free Speech") containing political and religious opinion content unrelated to automotive classifieds or vehicle sales. (Ex. 10-C1 at p. 16-18 and p. 20)

| | |
|---|---|
| **Opinion 10.** | Bennett Advertising, Inc. operates as an active advertising business (*Anybody's Autos*), currently generating recurring revenue, including $10,000 to $14,000 per month in advertising income (see §10). This constitutes an active income stream under Hugh Bennett's control. In addition to commercial advertising, the publication promotes personal, political, and the interests of other entities affiliated with the Bennett's, indicating the publication's dual role as both a business and a platform for personal, organizational, and political influence. |

## §11 HIGH ROAD HEALING ROOM MINISTRIES

### 11.1 Organizational Structure:

- High Road Healing Room Ministries is a Wyoming nonprofit religious organization incorporated by Susan Bennett (Exh. 11-A). The organization reports annual gross receipts under $50,000 through IRS Form 990-N filings. (Exh. 11-B). Organizations under this threshold are not required to disclose salaries. No compensation data were available through public filings.
- Susan Bennett testified that High Road Healing Room Ministries operates entirely on a volunteer basis, with no paid employees, and does not charge for its services. She reported that the organization has no rental agreements, operates in donated spaces, and has received in-kind promotional support through Anybody's Autos. No formal financial or operational records were produced in discovery.
- Sworn statements indicate that High Road Healing Room Ministries has served as a conduit through which members of the Bennett family developed and maintained relationships with individuals later involved in their political and public advocacy activities, including Shari Lewis, and Campbell County Commissioners Chelsie Collier and Colleen Faber.

| | |
|---|---|
| **Opinion 11.** | Susan Bennett's role as Director of High Road Healing Room Ministries reflects not only her individual organizational and potential financial engagement, but also the Bennett family's broader involvement with the nonprofit's operations and public-facing relationships. Testimony confirms that, through their leadership of the organization, members of the Bennett family were introduced to and developed relationships with influential community figures who later became involved in their political activities, including Campbell County Commissioners Chelsie Collier and Colleen Faber, both of whom were active in efforts to defund the library (see §11). In addition, the nonprofit has reportedly received in-kind support from Bennett Advertising, Inc., in the form of promotional advertisements in *Anybody's Autos*, further evidencing the interconnected use of Bennett family businesses and resources for separate organizational and political purposes. |

## §12 OVERALL FINANCIAL ASSESSMENT

| | |
|---|---|
| **Opinion 12.** | The Defendants maintain substantial assets and credible income capacity, including an unencumbered,  jointly held residential real estate portfolio with an estimated indicative equity value of $2,129,719; current annual rental income of $40,000 to $60,000; potential gross rental income of $62,028 to $234,695 per year; two aircraft with a combined indicative market value exceeding $340,000; and an operating advertising business generating between $10,000 and $14,000 per month in advertising income. The Bennetts' confirmed asset holdings exceed the U.S. Census Bureau's 90th-percentile household wealth threshold (approximately $1.806 million), placing them in the top ten percent of U.S. households by wealth. A lack of documentation, unlogged aircraft use, unverified flight instruction payments, and informal cash-based income suggest that additional revenue streams may exist. These financial indicators are inconsistent with any representation of insolvency or being "judgment proof." (see §3, 8–10). |

## CURRICULUM VITAE

### THERESE KERR
**1855 N. Gaylord St, Unit 101**
**Denver, CO 80206**
Therese@TK-Investigations.com
**630-453-9337**

**Licenses, Roles, and Professional Background**
- Formerly licensed Colorado Private Investigator (Level 2, No. PI2.0000713).
- Commissioned Colorado Notary Public (active; expires March 8, 2026).
- Approved CJA Expert Services Provider for the Federal Public Defender's Office.
- Founder & principal, TK Investigations LLC (2020–present); litigation support for clients including Tyrone Glover Law, Edelson PC, Rathod Mohamedbhai LLC, Kitz Law Firm, DeGolia Law, Cadiz Law, and Spark Justice Law.
- Contract Investigator for Justice for the People Legal Center (formerly 9to5) and Colorado Center on Law and Policy; systemic housing and public health investigations supporting class actions, enforcement actions, and legislative reforms.
- Former paralegal, Michael Best & Friedrich (estate planning), Rathod Mohamedbhai (civil rights & employment), Cheng Cohen (franchise/corporate; entity formation and franchise registration).

**Testimony**
- **United States v. Derris Mayberry**, No. 24-cr-0110-DDD (D. Colo.): expert testimony regarding investigative credentials and methodology.
- **Esquivel v. Perez**, No. 24CV174 (Larimer Cty. Dist. Ct.): preliminary injunction hearing testimony on investigative methods and public-records verification.

**Representative Casework**
- **United States v. Derrick Bernard et al.**, No. 24-cr-0230-RMR (D. Colo.): lead investigator and second chair; cross-examination support, evidence presentation, and live investigative support.
- **Smith et al. v. Cardinal Group Mgmt.**, No. 21CV33357 (Denver Dist. Ct.) : designated summary witness (uncalled); prepared Rule 1006 summary of voluminous records; exhibits admitted and cited in dispositive and class-certification briefing.
- **Aguilar v. RHP Properties**, No. 22CV30492 (Larimer Dist. Ct.):  manufactured housing habitability/fees.
- **Warden v. Tschetter Sulzer, P.C.**, No. 22-cv-00271 (D. Colo.): FDCPA class action.
- **Mandal et al. v. Xcel Energy Inc. et al.**, No. 2023CV030516 (Boulder Dist. Ct.): negligence/trespass/nuisance claims alleging Xcel powerlines ignited the Dec. 30, 2021 Marshall Fire.
- **United States v. Mayberry**, No. 24-cr-0110-DDD (D. Colo.): CJA defense expert.
- **DeNicola v. Glieberman Prop. Inc. (MG Properties)**, No. 2024CV030327 (Denver Dist. Ct.): class action, deceptive trade practices.
- **Moutray et al. v. Novel Communities LLC**, No. 2025CV030018 (Clear Creek Dist. Ct.): Mobile Home Park Act class action: undisclosed fees, water notice violations, improper rent increases, defective opportunity-to-purchase notice, retaliation, and eviction threats at Lawson Village.

**Major Investigations and Recognition**
- Lead investigator in *Smith et al. v. Cardinal Group Mgmt.*, the first certified warranty-of-habitability class action lawsuit in Colorado.

- Designed and managed an Airtable-based tracking system compiling five years of records and investigative findings across 11 buildings; findings pivotal in *Smith* class certification and trial victory.
- Conducted systemic landlord abuse and enforcement-failure investigations for Justice for the People Legal Center; property portfolio mapping, ownership tracing, and disparate-impact analysis supporting litigation and reform.
- Led investigations for the Colorado Center on Law and Policy into mobile home water system failures; evidence supported a CDPHE cease-and-desist order and passage of HB23-1257 (minimum water standards).
- Asset research in multi-state corporate ownership investigation regarding CBZ Properties (covered in national media).
- Investigations in wrongful death and police brutality cases against Denver PD, Aurora PD, and Douglas County Sheriff's Office.

## Media Citations
- Quoted in *The Denver Post* (July 6, 2025) on elevator entrapments and non-compliance findings in *Smith v. Cardinal Group Mgmt.*
- Quoted in *The Colorado Sun* (May 19, 2023) regarding class certification in *Smith v. Cardinal Group Mgmt.*
- Quoted in *Denverite* (March 12, 2024) regarding investigative research in *DeNicola v. Gleiberman Prop. Inc.* class action.

## Policy and Advocacy Work
- Testified before the Colorado General Assembly and local agencies on housing-related bills, including HB23-1095 (Prohibited Provisions in Residential Leases), HB24-1294, and SB24-094 (Safe and Healthy Housing for Tenants).
- Co-led the 2025 stakeholder series with Denver Department of Public Health & Environment (PHI), EXL, and other agencies to advance code-enforcement reforms.
- 501(c)(3) Fiduciary Board Member, Colorado Boys Ranch Youth Connect.
- 501(c)(3) Executive Committee Board Member, Denver Metro Tenants Union.
- Member of the TUF National Policy & Political Team research cohort (completed 6-week training, June 2025).

## Training and Professional Methods
- Proficient with Tracers and other commercial investigative platforms, Accela modules, and primary-source public records (assessor, recorder, courts, SOS, FAA, IRS).
- Experienced in CORA/CCJRA requests, surveillance, and evidence collection for litigation and regulatory reform.
- Methods aligned with recognized OSINT practice guides used by law enforcement, intelligence agencies, and private practitioners.
- Skilled in preparing litigation-ready reports, timelines, asset maps, and visual exhibits.

## Compensation
$95/hour; compensation is not contingent on findings, opinions, or outcomes.

**Addendum B:**
**MATERIALS CONSIDERED & PRODUCED**

## MATERIALS CONSIDERED & PRODUCED

Consistent with Fed. R. Civ. P. 26(a)(2)(B), I have produced my complete working file for this assignment. Unless otherwise noted, each document listed below is attached and produced with this report. Where items are web-based, I captured and produced a PDF or screenshot showing the material relied upon. Items I have ordered but not yet received are listed under Pending/Ordered Records and will be supplemented upon receipt.

**A. COMMERCIAL DATABASES (PRODUCED)**
- Ex. 01, 02, 04, 31 — Tracers.com Comprehensive Person Profiles (Hugh, Susan, Kevin Bennett).

**B. FAA & AVIATION RECORDS (PRODUCED)**
- Ex. 01-A1 — FAA N-Number Inquiry Results, N4305W.
- Ex. 01-A2, 01-A3, 01-A4, 01-A5; 09-B2, 09-B3 — Aircraft market listings/compare pages (Trade-A-Plane, AircraftForSale/GlobalAir, Controller.com).
- Ex. 01-A6 — FlightRadar24 Aircraft Flight History (N4305W).
- Ex. 1-A7, Hugh Bennett_1974 Beechcraft Baron_N4305W_FAA Registration Documents
- Ex. 05-B1, 05-B2, 05-B3 — FAA Airman Details Reports (Commercial/Instructor/Remote).
- Ex. 09-B1 — FAA N-Number Inquiry Results, N6338J.
- Ex. 09-A5, N4305W Controller.com
- Ex. 09-B4_N6338J_Registration Documents
- Ex. 12-A, N6338J Airworthiness FAA Records
- Ex. 12-B, N4305W Airworthiness FAA Records

**C. REAL PROPERTY RECORDS (PRODUCED)**
*Maricopa County, AZ (3759 E Fruitvale Ave, Gilbert, AZ)*
- Ex. 03-A1 — Assessor Property Details.
- Ex. 03-A2 — Recorder Deed (20211246120).
- Ex. 03-A3 — Affidavit of Property Value (20211246120).
- Ex. 03-A4 — Treasurer 2024 Tax Statement.
- Ex. 03-A5 — Zillow Zestimate.

*Larimer County, CO (539 Spindrift/Spin Drift Ct, Fort Collins, CO)*
- Ex. 03-B1 — Assessor Property Details Page.
- Ex. 03-B2 — Recorder Deed (20050099218).
- Ex. 03-B3 — Assessor Tax Statement.
- Ex. 03-B4 — Assessor Notice of Valuation.
- Ex. 03-B5 — City of Fort Collins email re STR license.

*Campbell County, WY (multiple)*
- Ex. 01-B1 — ███ — Recorder Quit Claim Deed (202307616).
- Ex. 01-B2 — ███ — Assessor Property Information Detail.
- Ex. 01-B3 — ███ — Zestimate.
- Ex. 01-B4, Hugh ███_Campbell County Recorder_998963_Warranty Deed
- Ex. 03-C1 — ███ — Assessor Building Information.
- Ex. 03-C2 — ███ — Assessor Property Details (screenshot).
- Ex. 03-C3 — ███ — Assessor Property Details (PDF).
- Ex. 03-C4 — ███ — Recorder 1997 Construction Mortgage.
- Ex. 03-C5 — ███ — Recorder 1997 Mortgage.
- Ex. 03-C6 — ███ — Recorder 2000 Warranty Deed.
- Ex. 03-C7 — ███ — Recorder 2002 Mortgage.
- Ex. 03-C8 — ███ — Recorder 1997 Release of Mortgage.
- Ex. 03-C9 — ███ — Recorder 2004 Certificate of Discharge.

**Addendum B:**
**MATERIALS CONSIDERED & PRODUCED**

- Ex. 03-C10, 2014 ███████████_campbell_Book_2911_Page_206
- Ex. 08-C1 — ████████████ — Warranty Deed.
- Ex. 08-D2, Joint_██████████_2005 Warranty Deed
- Ex. 03-D3, 2014 ████████████_campbell_Book_2911_Page_206
- Ex. 10-B1 — ████████████████ — Assessor Personal Property Details (Bennett Advertising Inc.).
- Ex. 12-D, 2003_████████_campbell_Book_2558_Page_457
- Ex. 12-E, Bennett Clerk & Recorder Record Photographs

### Horry County, SC (2600 N Ocean Blvd)
- Ex. 08-D1 — ████████████ — Recorder Deed (2021000150201).
- Ex. 08-D2, Joint_████████████_2005 Warranty Deed

### Lawrence County, SD (128 S Stone St)
- Ex. 04-A1 — Clerk/Recorder Warranty Deed.
- Ex. 04-A2, 04-A3 — Assessor Property Details Pages (R14253, R14254).
- Ex. 04-A4 — Zillow Zestimate.

## D. BUSINESS/ENTITY & NONPROFIT RECORDS (PRODUCED)

### Bennett Aviation LLC (WY)
- Ex. 09-A1 — WY SOS Filing Information.
- Ex. 09-A2 — 2023 Articles of Organization.
- Ex. 09-B4_N6338J_Registration

### Bennett Advertising Inc. (WY)
- Ex. 10-A1 — 2021 Articles of Incorporation.
- Ex. 10-A2 — 2024 Annual Report.
- Ex. 10-A3 — Filing Information.
- Ex. 10-A4, 2006 Bennett Advertising_FilingInfo
- Ex. 10-A5, 1994 Bennett Advertising_FilingInfo
- Ex. 10-C3 — Bankruptcy 2-24-bk-20083 — Income Statements.
- Ex. 10-C4, 10-C5 — ProPublica PPP (2020, 2021).
- Ex. 10-B1 — Campbell County Assessor Personal Property.
- Ex. 10-C1, 10-C2; 10-D1, 10-D2, 10-D3; 10-E1, 10-E2 — Anybody's Autos mags/website/advertising PDFs and rate sheets.

### High Road Healing Rooms Ministries (WY)
- Ex. 11-A1 — 2010 Initial Filing (WY SOS).
- Ex. 11-A2 — 2024 Annual Report (WY SOS).
- Ex. 11-A3 — IRS 2009–2024 Form 990-N history.

## E. PROFILES, MEDIA, AND ONLINE LISTINGS (PRODUCED)
- Ex. 05-A1 — Hugh Bennett LinkedIn (screenshot, 9/5/25).
- Ex. 06-A1, 06-A2 — High Road Healing Rooms Ministries website captures (9/5/25; 9/10/25).
- Ex. 07-A1 — Kevin Bennett Facebook profile (screenshot).
- Ex. 07-B2 — Amazon book listing (Kevin — "Amphibian").
- Ex. 08-A1 — Expedia listing (3759 E Fruitvale).
- Ex. 08-B1 — VRBO listing (539 Spindrift).
- Ex. 08-B2 — Zillow Zestimate (539 Spindrift).
- Ex. 12-C, Verify Diver Certification - NAUI Worldwide

**Addendum B:**
**MATERIALS CONSIDERED & PRODUCED**

**H. CASE FILINGS, PLEADINGS, and TRANSCRIPTS (Provided by Counsel; PRODUCED)**
- [43] Second Amended Complaint (filed) [43]
- [1-3] Summons for Susan Bennett [1-3]
- [1-2] Summons for Hugh Bennett [1-2]
- [1-4] Summons for Kevin Bennett [1-4]
- [14] Affidavit of Service – Kevin Bennett [14]
- [15] Affidavit of Service – Hugh Bennett [15]
- AM Deposition Transcript of Hugh Bennett
- PM Deposition Transcript of Hugh Bennet
- Deposition Transcript of Susan Bennett
- Deposition Transcript of Kevin Bennett
- 

**G. "ADDITIONAL DOCUMENTS CONSIDERED"**
(Web Sources Cited; Produced as Screenshots/PDFs Where Relied Upon)
- County portals referenced in text:
- [1] Maricopa County Assessor (parcel/rental flag); [2] Maricopa County Recorder (deed detail page); [3] Larimer County Assessor (NOV/parcel/tax); [4] Horry County Recorder portal; [5] Campbell County Property Search; [6] Campbell County iDocMarket; [7] Fremont County maps (negative search for Bennett properties); [8] Colorado SOS business search; [9] Wyoming SOS business search; [11] FAA Registry (Name/N-Number inquiry); [12] Lawrence County SD Beacon.
- Market comps: Trade-A-Plane (Aviat A-1C and Beech E-55 series), Controller.com, GlobalAir, AircraftForSale (specific compare/print pages matched to exhibits).
- OSINT: Facebook profiles (Hugh/Kevin), LinkedIn (Hugh), Google Maps/Street View, news/obituary reference (Columbia Basin Herald family note).
- Booking platforms: Expedia/VRBO/Booking.com references for rental activity at 3759 E Fruitvale and 539 Spindrift (see Ex. 08-A1 to 08-B2).
- PACER: Systematic searches; no federal cases located naming

**ADDENDUM C**
**EXHIBIT LIST**

Ex. 01_Hugh Bennett_Tracers.com_Comprehensive Person Profile_Generated 9.5.25
Ex. 01-A1, Hugh_N4305W_FAA_N-Number Inquiry Results
Ex. 01-A2, Hugh_N4305W_Trade-a-Plane_Beech E-55_Aircraft Compare
Ex. 01-A3, Hugh_N4305W_AircraftforSale_Beech E-55_Aircraft Compare_globalair
Ex. 01-A4, Hugh_N4305W_AircraftforSale_Beech E-55_Aircraft Compare
Ex. 01-A5, Hugh_N4305W_Controller.com_1974 E55 Baron_Price Reduced
Ex. 01-A6, Hugh_N4305W_flightradar24.com_Aircraft Flight History
Ex. 1-A7, Hugh Bennett_1974 Beechcraft Baron_N4305W_FAA Registration Documents
Ex. 01-A8, 2010_██████████████_campbell_Book_2577_Page_217
Ex. 01-B1, Hugh_██████████████_Campbell County Recorder_202307616_Quit Claim Deed
Ex. 01-B2, Hugh_██████████████_Campbell County Assessor_Property Information Detail
Ex. 01-B3, Hugh_████████e_Zestimate
Ex, 01-C1, Hugh Bennett AM Tr
Ex, 01-C2, Hugh Bennett PM Tr
Ex. 02_Susan Bennett_Tracers.com_Comprehensive Person Profile_Generated 9.5.25
Ex. 03-A1, Joint_███████████████_Maricopa County Assessor_Property Details Page
Ex. 03-A2, Joint_███████████████_Maricopa County Recorder__20211246120_Deed
Ex. 03-A3, Joint_███████████████_Maricopa County Recorder_20211246120_Affidavit of Property Value
Ex. 03-A4, Joint_███████████████_Maricopa County Treasurer_2024 Property Tax Statement
Ex. 03-A5, Joint_███████████████_Zillow Zestimate
Ex. 03-B1, Joint_████████████_Larimer County Assessor_Property Details Page
Ex. 03-B2, Joint_████████████_Larimer County Recorder_20050099218_Deed
Ex. 03-B3, Joint_████████████_Larimer County Assessor_Tax Statement
Ex. 03-B4, Joint_████████████_Larimer County Assessor_Notice of Valuation
Ex. 03-B5, Joint_████████████_City of Ft Collins_Email re STR License
Ex. 03-C1, Joint_█████████████_Campbell County Assessor_Building Information
Ex. 03-C2, Joint_█████████████_Campbell County Assessor_Property Details Page_Screenshot
Ex. 03-C3, Joint_█████████████_Campbell County Assessor_Property Details Page
Ex. 03-C4, Joint_█████████████,_Cambell County Recorder_1997 Construction Mortgage
Ex. 03-C5, Joint_█████████████,_Cambell County Recorder_1997 Mortgage
Ex. 03-C6, Joint_█████████████,_Cambell County Recorder_2000 Warranty Deed
Ex. 03-C7, Joint_█████████████,_Cambell County Recorder_2002 Mortgage
Ex. 03-C8, Joint_█████████████,_Cambell County Recorder_1997 Release of Mortgage
Ex. 03-C9, Joint_█████████████,_Cambell County Recorder_2004 Certificate of Discharge
Ex. 03-C10, 2014_███████████_campbell_Book_2911_Page_206
Ex. 04_Kevin Bennett_Tracers.com_Comprehensive Person Profile_Generated 9.5.25
Ex. 04-A1_███████████_Lawrence County Clerk_Warranty Deed
Ex. 04-A2_███████████_Lawrence County Assessor_Property Details Page_R14253
Ex. 04-A3_███████████t_Lawrence County Assessor_Property Details Page_R14254
Ex. 04-A4_███████████_Zillow_Zestimate
Ex. 04-A5, Kevin Bennett Tr.
Ex. 05-A1_Hugh_LinkedIn_Profile_9.5.25 Screenshot
Ex. 05-B1_Hugh_FAA_Airman Details Report_Commercial Certificate
Ex. 05-B2_Hugh_FAA_Airman Details Report_Instructor Certificate
Ex. 05-B3_Hugh_FAA_Airman Details Report_Remote Certificate
Ex. 06-A0, Susan Depo Transcript
Ex. 06-A1_High Road Healing Rooms Ministries_healingrooms.com_9.5.25 Screen Capture_Meet our Team
Ex. 06-A2_High Road Healing Rooms Ministries_healingrooms.com_9.10.25 Screen Capture_About Us
Ex. 07-A1, Kevin_Facebook_Profile_Screenshot
Ex. 07-B2 Kevin_Amazon_Book_Amphibian

**ADDENDUM C**
**EXHIBIT LIST**

Ex. 08-A1, Joint_3759 E Fruitvale_Expedia.com_Rental Listing
Ex. 08-B1, Joint_539 Spin Drift_VRBO_Rental Listing_Screenshot
Ex. 08-B2, Joint_539 Spin Drift_Zillow Zestimate
Ex. 08-C1_██████████████_Campbell County_Warranty Deed
Ex. 08-D1, Joint_████████████_Horry County Recorder_2021000150201_Deed
Ex. 08-D2, Joint_██████████_2005 Warranty Deed
Ex. 08-D3, 2014_██████████_campbell_Book_2911_Page_206
Ex. 09-A1, Bennett Aviation LLC_WY SOS_Filing Information
Ex. 09-A2, Bennett Aviation LLC_WY SOS_2023 Articles of Organization
Ex. 09-B1, Bennett Aviation LLC_N6338J_FAA_N-Number Inquiry Results
Ex. 09-B2, Bennett Aviation LLC_N6338J_Controller.com_PIPER PA-28-180_Aircraft Compare
Ex. 09-B3, Bennett Aviation LLC_N6338J_Trade-A-Plane_PIPER PA-28-180_Aircraft Compare
Ex. 09-B4_N6338J_Registration.pdf
Ex. 10-A1, Bennett Advertising Inc_WY SOS_2021 Aticles of Incorporation
Ex. 10-A2, Bennett Advertising Inc_WY_2024 Annual Report
Ex. 10-A3, Bennett Advertising Inc_WY SOS_Filing Information
Ex. 10-B1, Bennett Advertising Inc_██████████████_Campbell County Assessor_Personal Property Details Page
Ex. 10-C1, Bennett Advertising Inc_Anybody's Autos_July Issue from Website
Ex. 10-C2, Bennett Advertising Inc_Anybody's Autos_May 2025_Page 3
Ex. 10-C3, Bennett Advertising_2-24-bk-20083_Income Statements
Ex. 10-C4, Bennett Advertising Inc_ProPublica_2020 PPP
Ex. 10-C5, Bennett Advertising Inc_ProPublica_2021 PPP
Ex. 10-D1, Bennett Advertising Inc_Anybodysautos.net_9.6.25 Screen Capture_Place Ad
Ex. 10-D2, Bennett Advertising Inc_09252024Plus
Ex. 10-D3, Bennett Advertising Inc_08202025Plus
Ex. 10-E1, Bennett Advertising_July+PP+2025+AA8
Ex. 10-E2, Bennett Advertising_July+PP+2025+AA21
Ex. 11-A1, Susan_High Road Healing Room Ministries_WY_2010 Initial Filing
Ex. 11-A2_High Road Healing Room Ministries_WY_2024 Annual Report
Ex. 11-A3, Susan High Road Healing Room Ministries_IRS_2009-2024 Form 990-N History
Ex. 12-A, N6338J Airworthiness FAA Records.pdf
Ex. 12-B, N4305W Airworthiness FAA Recorddf.pdf
Ex. 12-C, Verify Diver Certification - NAUI Worldwide.pdf
Ex. 12-D, 2003_2502 Cheryl Ave_campbell_Book_2558_Page_457.pdf
Ex. 12-E, Bennett Clerk & Recorder Record Photographs