FILED

*8:43 am, 12/22/25*

**Margaret Botkins
Clerk of Court**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

TERRI LESLEY, )
)
    Plaintiff, )
)
v. ) Case No. 2:23-cv-00177-ABJ
)
HUGH BENNETT, SUSAN BENNETT, )
AND KEVIN BENNETT, )
)
    Defendants, )

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO REPLY
TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

**THIS MATTER** having come before the Court on *Defendants' Unopposed Motion for Extension of Time to Reply to Plaintiff's Response to Motion for Summary Judgment* pursuant to Local Rule 6.1 (b) of the United States District Court for the District of Wyoming, and the Court having reviewed the file herein and being otherwise fully advised in the premises, and for good cause shown;

**IT IS HEREBY ORDERED AND DECREED** that *Defendants' Unopposed Motion for Extension of Time to Reply to Plaintiff's Response to Motion for Summary Judgment* be and hereby is **GRANTED**, with the Court hereby extending and consolidating the deadline for Defendants to file their Reply on or before December 31, 2025.

DATED this _19th_ of December, 2025.

*/s/ Alan B. Johnson*
ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE